UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JAMAL MURRAY, | : | Case No. 1:14-cv-168 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | Magistrate Judge Karen L. Litkovitz |
| | : | |
| OHIO DEPARTMENT OF CORRECTIONS, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATIONS
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 39)**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on May 6, 2016, submitted a Report and Recommendations. (Doc. 39). Plaintiff filed objections. (Doc. 15).[1]

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendations should be and is hereby **ADOPTED** in its entirety.

Accordingly, Defendant's motion to dismiss for lack of prosecution (Doc. 28) is **DENIED** as moot.

---

[1] Plaintiff essentially objects to the Magistrate Judge's explanation of the procedural posture in this case. However, the objections are irrelevant because the Magistrate Judge rules entirely in Plaintiff's favor by withdrawing the Report and Recommendation to dismiss the case.

**IT IS SO ORDERED.**

Date: 6/13/16

_____
Timothy S. Black
United States District Judge