```
1              UNITED STATES DISTRICT COURT

2              SOUTHERN DISTRICT OF OHIO

3                  WESTERN DIVISION

4                    *   *   *

5   JAMAL MURRAY,

6          Plaintiff,

7       vs.                   CASE NO. 1:14-cv-168

8   OHIO DEPARTMENT OF

9   REHABILITATION AND CORRECTION,

10         Defendant.

11                   *   *   *

12       Deposition of JAMAL ANTONIO MURRAY,

13  Plaintiff herein, called by the Defendant for

14  cross-examination pursuant to the Rules of Civil

15  Procedure, taken before me, Lisa M. Conley

16  Yungblut, a Notary Public within and for the State

17  of Ohio, at the offices of Robert A. Klingler Co.,

18  LPA, 525 Vine Street, Suite 2320, Cincinnati,

19  Ohio, on Friday, the 15th of June, 2018, at 10:10

20  a.m.

21                   *   *   *

22

23

24

25
```

Jamal Murray vs Ohio Dept. of Rehab and Correction          Jamal Antonio Murray

2

```
 1              EXAMINATION CONDUCTED        PAGE

 2    BY MS. BOYD:                           4

 3    BY MR. KLINGLER:                       103

 4

 5               EXHIBITS MARKED             PAGE

 6    (Thereupon, Defendant's Exhibit No. 1,

 7    a document dated August 2013, was

 8    marked for purposes of identification.)    73

 9    (Thereupon, Defendant's Exhibit No. 2,

10    a document dated 6/11/2014, was marked

11    for purposes of identification.). . . .    75

12

13             INSTRUCTION NOT TO ANSWER

14    PAGE           LINES

15    67             10-12

16    78              2- 3

17    78              7- 9

18                         *   *   *

19

20

21

22

23

24

25
```

Jamal Murray vs Ohio Dept. of Rehab and Correction          Jamal Antonio Murray

3

```
 1   APPEARANCES:

 2        On behalf of the Plaintiff:

 3                Robert A. Klingler Co., LPA

 4        By:   Robert A. Klingler
                Attorney at Law
 5              525 Vine Street
                Suite 2320
 6              Cincinnati, Ohio 45202-3133
                513-665-9500
 7              rak@klinglerlaw.com

 8        On behalf of the Defendant:

 9                Ohio Attorney General's Office

10        By:   Andrea Kathleen Green Boyd
                Maureen Cecilia Yuhas
11              B. Alexander Kennedy
                Attorneys at Law
12              150 East Gay Street
                16th Floor
13              Columbus, Ohio 43215
                614-728-6944
14              Andrea.Boyd@OhioAttorneyGeneral.gov
                Maureen.Yuhas@OhioAttorneyGeneral.gov
15              Alex.Kennedy@OhioAttorneyGeneral.gov

16                     *   *   *

17

18

19

20

21

22

23

24

25
```

Jamal Murray vs Ohio Dept. of Rehab and Correction                Jamal Antonio Murray

4

 1              JAMAL ANTONIO MURRAY

 2  of lawful age, Plaintiff herein, having been first

 3  duly sworn as hereinafter certified, was examined

 4  and deposed as follows:

 5              CROSS-EXAMINATION

 6  BY MS. BOYD:

 7         Q.   Good morning, Mr. Murray.

 8         A.   Good morning.

 9         Q.   If you wouldn't mind quickly just

10  stating your full name for the record.

11         A.   Jamal Antonio Murray.

12         Q.   Just to be clear, this is a

13  deposition.  Have you spoken with your attorney

14  about what a deposition is?

15         A.   Yes.

16         Q.   Okay.  Have you ever had your

17  deposition taken before or testified in court?

18         A.   No.

19         Q.   All right.  Did you have a

20  conversation with your attorney about the purpose

21  of today's deposition?

22         A.   Yes.

23         Q.   Okay.  So you understand that we're

24  here today so I can ask you questions about the

25  lawsuit that you filed against employees of the

Jamal Murray vs Ohio Dept. of Rehab and Correction                Jamal Antonio Murray

5

```
 1   State of Ohio?

 2          A.   Yes.

 3          Q.   Okay.  And you understand that

 4   because this is a deposition and there's a court

 5   reporter here that you're answering questions

 6   under oath?

 7          A.   Yes.

 8          Q.   All right.  Now, my questions and

 9   your answers will be taken down word for word by

10   the court reporter; does that make sense?

11          A.   Yes.

12          Q.   Okay.  So with that in mind, you have

13   to answer audibly.  So yes, no, huh-uhs, and head

14   nods, won't be recorded, so if that happens, the

15   court reporter might remind you.

16              MR. KLINGLER:  Hold on.  So we're

17   clear, I think what you're saying is he should

18   answer with words.

19              MS. BOYD:  A yes or no as opposed to

20   a head nod.

21              MR. KLINGLER:  Yes.

22              MS. BOYD:  Thank you.

23   BY MS. BOYD:

24          Q.   Another reminder I suppose is that we

25   can't talk over each other, so I will do my best
```

Jamal Murray vs Ohio Dept. of Rehab and Correction          Jamal Antonio Murray

6

1   to wait to answer -- to ask another question until

2   you finish answering, and it would be helpful for

3   the court reporter if you wait until I complete a

4   question before you start answering, that make

5   sense?

6           A.   Yes.

7           Q.   That way there's no confusion.  If

8   you need a break, we've got water and stuff here,

9   but restroom or anything, just let me know, at any

10  time, we can take a break, sound good?

11          A.   Yes.

12          Q.   All right.  Is there any reason why

13  you wouldn't be able to answer my questions

14  truthfully today?

15          A.   No.

16          Q.   Are you on any sort of medication

17  that would affect your ability to answer my

18  questions?

19          A.   No, not that I know of.  I mean, I'm

20  on -- I am on medicine, but I don't think it will

21  affect --

22          Q.   Your doctor hasn't told you that any

23  of those affect your ability to understand or your

24  memory or things like that?

25          A.   Right.

Jamal Murray vs Ohio Dept. of Rehab and Correction          Jamal Antonio Murray

7

```
 1          Q.   Okay.  All right.  Any other reasons
 2   why you would be unable to give truthful answers,
 3   under the influence of any other drugs, alcohol,
 4   anything like that?
 5          A.   No.
 6          Q.   No?
 7          A.   No.
 8          Q.   Okay.  All right.  So if you wouldn't
 9   mind, just to get started, what's your date of
10   birth?
11          A.   ██████82.
12          Q.   Where were you born?
13          A.   Cincinnati, Ohio.
14          Q.   All right.  1982, that makes you 36?
15          A.   This year, I will be.
16          Q.   You'll be 36.  Okay, gotcha.  Are you
17   married?
18          A.   No.
19          Q.   Have you ever been married?
20          A.   No.
21          Q.   What about, do you have any children?
22          A.   Yes.
23          Q.   How many?
24          A.   Two.
25          Q.   What are their ages?
```

Jamal Murray vs Ohio Dept. of Rehab and Correction          Jamal Antonio Murray

8

```
 1          A.    17 and 13.
 2          Q.    Okay.  Boy, girl, both boys, both
 3   girls?
 4          A.    Two boys.
 5          Q.    All right.  Where do you live now?
 6   You don't have to tell me your address, just --
 7          A.    It's in Evanston.
 8          Q.    Is that close to Cincinnati?
 9          A.    Yes, it's in Cincinnati.
10          Q.    Okay.  Sorry, I'm not familiar with
11   the area.
12          A.    Okay.
13          Q.    You said that you were born in
14   Cincinnati.  Did you grow up in Cincinnati as
15   well?
16          A.    Yes.
17          Q.    Did you graduate from high school?
18          A.    No.
19          Q.    What's the highest grade of education
20   that you completed?
21          A.    The ninth.
22          Q.    Ninth grade.  Why didn't you graduate
23   from high school, why didn't you go past the ninth
24   grade?
25          A.    I dropped out of school.
```

Jamal Murray vs Ohio Dept. of Rehab and Correction          Jamal Antonio Murray

9

1          Q.   Okay.  When you stopped going to high
2    school, did you have a job of any kind while you
3    were a teenager?
4          A.   No.
5          Q.   No.  So never worked at a grocery
6    store or anything like that?
7          A.   Well, I had done work before, but not
8    in no grocery store.
9          Q.   Okay.
10         A.   I worked at Hardee's and General Tour
11   You.
12         Q.   Around when was that?
13         A.   I was 17 when I worked at Hardee's.
14         Q.   Okay.
15         A.   And when I worked for General Tour
16   You, I can't remember what age.  I just remember
17   it was in my -- about 24, 25, somewhere around in
18   there.
19         Q.   Okay.  When you were a kid, did you
20   wear glasses?
21         A.   No.
22         Q.   Did you have any trouble seeing or
23   anything at all?
24         A.   No.
25         Q.   Did you ever have your vision checked

10

```
 1  whenever you were a kid?
 2        A.   I'm pretty sure.  I can't remember,
 3  but I'm pretty sure.
 4        Q.   Okay.  When you were a teenager, did
 5  you learn how to drive?
 6        A.   Yes.
 7        Q.   Did you have your driver's license?
 8        A.   No.
 9        Q.   Even though you didn't have a
10  driver's license, did you drive a car?
11        A.   Yes.
12        Q.   Did you own a car?
13        A.   Yes.
14        Q.   At what age did you own a car?
15        A.   18, that was my first car, when I was
16  18, and then I had cars off and on in my 20s.
17        Q.   Okay.  Did you ever get your driver's
18  license?
19        A.   No.
20        Q.   Okay.  But you still had cars and
21  were able to drive them?
22        A.   Yes.
23        Q.   Gotcha.  Now, in 2001, you would have
24  been 18?
25        A.   2000.
```

Jamal Murray vs Ohio Dept. of Rehab and Correction          Jamal Antonio Murray

11

1         Q.   2000, you would have been 18?

2         A.   Is that correct?  Count that up.

3   Yes, 2000.

4         Q.   All right.  Do you recall when you

5   were first incarcerated in prison; is that when

6   you were 18?

7         A.   Yes.

8         Q.   Okay.  And that was in 2001, correct?

9         A.   Yes.

10        Q.   Okay.  And that was for two counts of

11  possession of drugs, one a third degree felony and

12  one a fourth degree felony?

13        A.   Yes.

14        Q.   Okay.  Do you remember what drug it

15  was that you were guilty of possessing?

16        A.   Yes.

17             MR. KLINGLER:  Let me just stop for a

18  minute and raise an objection.  I think we're here

19  to talk about the extent of his vision loss, so I

20  mean, I understand some background information may

21  be relevant to that, but as we get into the

22  details of his criminal history, I'm going to have

23  a problem with that.

24             MS. BOYD:  Certainly, and I don't

25  intend to ask particulars.

12

1          MR. KLINGLER:  Well, that's a

2  particular.

3          MS. BOYD:  Well, I believe that a

4  certain drug led to some serious medical

5  conditions, so I think it's relevant to determine

6  what drugs he was guilty of possessing and

7  pursuing that line of questioning just a bit

8  further.

9          MR. KLINGLER:  I disagree with you,

10  but I'm going to let him answer that question and

11  see where we go.

12          MS. BOYD:  Okay.

13  BY MS. BOYD:

14          Q.   Mr. Murray, do you remember what drug

15  it was that you were guilty of possessing?

16          A.   Yes.

17          Q.   And what was that?

18          A.   Crack cocaine.

19          Q.   And your sentence was for a

20  year-and-a-half, but you were there for just a

21  little over a year; is that right?

22          A.   Yes, but I spent I believe about four

23  months in Queensgate before I went to the

24  penitentiary.

25          Q.   What's Queensgate?

Jamal Murray vs Ohio Dept. of Rehab and Correction          Jamal Antonio Murray

13

1          A.    It's like a -- it's like the Justice

2    Center.

3          Q.    Okay.

4          A.    It's Hamilton County, but at this

5    time, they had the Justice Center and they had

6    Queensgate.

7          Q.    Gotcha.  Prior to going to prison in

8    2001, had you ever been convicted of any other

9    offenses?

10          A.    At what age?

11          Q.    That's what I'm asking, prior to age

12    18.

13          A.    No.

14          Q.    No?

15          A.    Not that I can think -- driving with

16    no license.

17          Q.    Okay.  You indicated that you were

18    guilty of possessing crack cocaine.  Did you use

19    crack cocaine?

20          A.    No.

21          Q.    No?

22          A.    (Shaking head.)

23          Q.    Had you ever used drugs at the time

24    that you went to prison in 2001?

25          A.    No.

Jamal Murray vs Ohio Dept. of Rehab and Correction          Jamal Antonio Murray

14

1      Q.   Did you sell drugs at the time that
2  you went to prison in 2001?
3      A.   Yes.
4      Q.   When did you begin selling drugs?
5      A.   17.
6      Q.   Okay.  Do you recall what prison you
7  were in from 2001 to 2002?
8      A.   DCI.
9      Q.   Okay.
10     A.   I don't know the proper name of it,
11 but I do know that it's DCI.  It's in Dayton.
12     Q.   While you were in prison from 2001 to
13 2002, did you work?
14     A.   No.
15     Q.   Why not?
16     A.   I went there because at that age, you
17 have -- it was mandatory that you was in school.
18     Q.   So were you in school while you were
19 in prison?
20     A.   Yes.
21     Q.   All right.  Taking GED classes?
22     A.   Yes.
23     Q.   Okay.  How often did you take those
24 GED classes?
25     A.   Well, that, I can't really remember.

Jamal Murray vs Ohio Dept. of Rehab and Correction          Jamal Antonio Murray

15

1          Q.   Okay.  Did you complete the GED
2    classes?
3          A.   No.
4          Q.   How long does it typically take
5    someone to get their GED while they're in prison?
6          A.   That, I do not know.
7          Q.   Okay.  That's fine.  But were you
8    taking the classes the whole time that you were
9    there during that year to year-and-a-half?
10          A.   It was a waiting list at first
11    because they just had -- like when you first go
12    there, you get put on the waiting list.  I can't
13    remember how long was the waiting list, but I know
14    I was taking classes.
15          Q.   Okay.  Did you ever take any classes
16    to get your GED before you went to prison, so
17    between ages -- I know you said you stopped going
18    in the ninth grade, so maybe age 16 to 18, did you
19    ever take any classes on your own?
20          A.   No.
21          Q.   Okay.  While you were in prison from
22    2001 to 2002, did you have any major medical
23    issues that you had to have addressed, like I'm
24    not talking about a cold or a headache, but
25    anything major?

Jamal Murray vs Ohio Dept. of Rehab and Correction          Jamal Antonio Murray

16

1          A.    No.

2          Q.    Did you ever have your vision checked

3    while you were in prison?

4          A.    They check -- okay.  Before you go to

5    prison, you've got to go through CRC first, and

6    they give you a full physical.  So yes, I've had

7    physicals because you have to have a physical

8    before you go to your parent institution, and they

9    check your eyes, they check your blood, they just

10   give you a full physical.

11         Q.    Do you recall if there was anything

12   worth note from that physical that you would have

13   had in 2001?

14         A.    No.

15         Q.    Do you recall what your vision was

16   from your vision exam in 2001?

17         A.    20/20.

18         Q.    It was 20/20?

19         A.    (Nodding head.)

20         Q.    Okay.  Now, you were released in

21   2002, so at that point, you would have been 20?

22         A.    Right.

23         Q.    Okay.  Where did you live upon your

24   release?

25         A.    With my kids' mother.

Jamal Murray vs Ohio Dept. of Rehab and Correction          Jamal Antonio Murray

17

1       Q.    Okay.  Did the kids live there too?

2       A.    Yes.

3       Q.    And how old were your kids at that

4  point?

5       A.    Well, at that time, I just had one.

6       Q.    Okay.

7       A.    And he was like 19, 20 months,

8  something like that.

9       Q.    Okay.  So he was born while you were

10  in prison the first time?

11       A.    No.  I was out, I was 18 and he was

12  born, but right after he was born, I went to jail.

13       Q.    Gotcha, now I understand.  While you

14  were in prison, did you have contact either with

15  your son or his mother?  I understand that he was

16  a toddler, but --

17       A.    Yes, they came and visited me.

18       Q.    Okay.  When you were living with your

19  child's mother and your son, where was that?

20       A.    At that time -- oh, that's far back.

21       Q.    Just generally, was it in Cincinnati?

22       A.    Oh, yes.

23       Q.    Okay.  That's good enough for me.

24  Did you get a job after your release?

25       A.    No.

Jamal Murray vs Ohio Dept. of Rehab and Correction                    Jamal Antonio Murray

18

1        Q.    Why not?

2        A.    I really don't know why.

3        Q.    Okay.  Did you look for a job?

4        A.    No.

5        Q.    How did you and your child's mother

6   support yourselves?  Did she have a job?

7        A.    Yeah, she did.

8        Q.    Okay.  Even though you didn't have a

9   formal job, did you bring in any income of any

10  kind?

11       A.    Yes.

12       Q.    And how did you bring in income?

13       A.    Selling drugs.

14       Q.    What kind of drugs did you sell?

15       A.    Crack cocaine.

16       Q.    Did you use drugs at that time?

17       A.    No, no.

18       Q.    Okay.  Did you have any medical

19  issues after your release from prison in 2002?

20       A.    No.

21       Q.    Did you ever go to a doctor between

22  2002 and 2005 that you can recall?

23       A.    No.

24       Q.    Did you ever have your vision checked

25  between 2002 and 2005?

Jamal Murray vs Ohio Dept. of Rehab and Correction       Jamal Antonio Murray

19

1       A.   No.

2       Q.   From 2002 to 2005, so about age 20 to

3  22, 23, did you have a car?

4       A.   Yes.

5       Q.   Okay.  But you didn't have your

6  driver's license?

7       A.   No.

8       Q.   Okay.  Did your child's mother have a

9  car?

10      A.   No.

11      Q.   What kind of things did you do for

12  fun between 2002 and 2005, whenever you were 20 to

13  23?

14      A.   I can't really remember.

15      Q.   Kind of like generally, what kind of

16  stuff did you enjoy doing?

17      A.   I used to take my kids -- well, my

18  son at that time fishing, and we went to King's

19  Island a couple of times that I can recall.

20      Q.   Okay.  Do you like sports?

21      A.   Yes.

22      Q.   What kind of sports?

23      A.   Football.

24      Q.   All right.  Now, in 2005, you went

25  back to prison; is that correct?

20

1          A.   Yes.

2          Q.   Okay.  And at that point, I think we

3    established you were 22?

4          A.   I can't -- I don't know what age I

5    was.

6          Q.   Okay.

7          A.   I'm going to have to add it up.

8          Q.   Okay.  And at that point, you went

9    back to prison for one count of possession of

10   drugs and one count of drug trafficking?

11         A.   Yes.

12         Q.   Was that the crack cocaine that we

13   just talked about?

14         A.   Yes.

15         Q.   Your sentence was for two years and

16   four months, but you were there just a little

17   under two years; is that right?

18         A.   Yes.

19         Q.   Had you been convicted of any

20   offenses between your release from prison in 2002

21   and your return to prison in 2005?

22         A.   I know between -- I went to prison in

23   2001.  Between that and 2005, I had did nine

24   months in the Justice Center, and that was for

25   driving without no license.

Jamal Murray vs Ohio Dept. of Rehab and Correction          Jamal Antonio Murray

```
                                                          21
 1          Q.   Okay.
 2          A.   Because I had multiple of them, so
 3    they gave --
 4          Q.   So they kind of added up?
 5          A.   They gave me 18 months, but I had
 6    mitigated out at 9 months.
 7          Q.   Gotcha.  Okay.  Have you ever been
 8    incarcerated in another state?
 9          A.   Yes.
10          Q.   When was that?
11          A.   2007.
12          Q.   Okay.  We can talk about that
13    whenever we -- we'll go chronologically just so we
14    don't confuse each other, how does that sound?
15          A.   Um-hmm.
16          Q.   Do you recall what prison you were in
17    from 2005 to 2006?
18          A.   Oh, what's that prison called?  I
19    know the nickname of it was gladiator school,
20    but --
21          Q.   Just curious, why was the nickname
22    gladiator school?
23          A.   You know, that's a good question.  I
24    never did know.  But what was that prison called?
25    I can't remember the name of the prison.
```

22

1          Q.    That's okay.  When you were in prison

2     from 2005 to 2006, did you work?

3          A.    No.

4          Q.    Did you take any classes to get your

5     GED?

6          A.    Yes.

7          Q.    Okay.  At that point, how far along

8     were you in getting your GED, since you had been

9     taking classes from 2001 to 2002 and then again?

10         A.    I can't remember, but I know that

11    it's the same thing.  When you go to a prison,

12    when you go there, you get put on the waiting list

13    before you even get into school.  So I can't

14    really remember how long it took me to get in

15    school, that part I don't know.

16         Q.    Okay.  Was it required that you take

17    classes towards your GED?

18         A.    Yes.

19         Q.    So that wasn't something you chose to

20    do, you had to do it?

21         A.    It's mandatory if you don't have your

22    GED.

23         Q.    Gotcha.  Before you went back to

24    prison in 2005, between 2002 and 2005, did you

25    take any steps to continue the classes for your

23

1  GED?

2       A.   No.

3       Q.   Did you have any major medical issues

4  that had to be addressed from 2005 to 2006 while

5  you were in prison?

6       A.   No.

7       Q.   Did you have your vision checked

8  whenever you entered in again?

9       A.   The same thing, before you go to

10 prison, you have to go through CRC.

11      Q.   Same thing?

12      A.   Um-hmm.

13      Q.   Do you recall what your vision was at

14 that time?

15      A.   Perfect, I could see.

16      Q.   20/20?

17      A.   Yes.

18      Q.   All right.  So you were released in

19 2006, you're 24; does that sound right?

20      A.   That's about right.

21      Q.   Okay.  Where did you live upon your

22 release in 2006?

23      A.   Cincinnati.

24      Q.   Did you live by yourself?

25      A.   No.

Jamal Murray vs Ohio Dept. of Rehab and Correction                Jamal Antonio Murray

24

1          Q.    Who did you live with?

2          A.    My kids' mother.

3          Q.    And did you live with your children

4    as well?

5          A.    Yes.

6          Q.    Did you still have just one child at

7    that point or was your second son born?

8          A.    Two, I had two at that time because

9    my youngest was born in '04.

10          Q.    Okay.  So he would have been two, and

11    then so that would have made your oldest, what,

12    about six?

13          A.    When I came home?

14          Q.    Yes.

15          A.    Yes.

16          Q.    Okay.

17          A.    Because he was born in 2000, so yeah.

18          Q.    Okay.  And you said you lived in

19    Cincinnati?

20          A.    Yes.

21          Q.    All right.  Did you get a job after

22    your release in 2006?

23          A.    No.

24          Q.    Did you look for a job?

25          A.    (Shaking head.)

Jamal Murray vs Ohio Dept. of Rehab and Correction          Jamal Antonio Murray

25

1          Q.    I don't not?

2          A.    Because my plan was to go to Denver,

3  Colorado, and that's what I did.

4          Q.    Your plan was to go to Denver?

5          A.    Yeah.

6          Q.    So you didn't want to look for a job

7  here?

8          A.    No.

9          Q.    Why were you planning to go to

10 Denver?

11         A.    To get away from Ohio to try to start

12 my life over.

13         Q.    Okay.  Did you go to Denver?

14         A.    Yes.

15         Q.    When did you go to Denver?

16         A.    March 2007.

17         Q.    Okay.  Did your child's mother and

18 your children go with you?

19         A.    No.

20         Q.    Why not?

21         A.    Money problems, and on top of that,

22 it was like why would I drag them along with me

23 and not have nowhere -- and I have nowhere for us

24 to stay up there, so I have to make the way first.

25         Q.    That makes sense.  Did you find a

26

1   place to live when you went out to Denver?

2          A.   Yes, but I had got involved with

3   another woman.

4          Q.   Okay.  All right.  You indicated that

5   you then went to prison in Colorado in 2007; is

6   that correct?

7          A.   No.  I went to jail.

8          Q.   Into jail, excuse me.  Okay.  Without

9   getting into the particulars, what caused you to

10  go to jail in Colorado in 2007?

11         A.   A threat.

12         Q.   Okay.  Were you working in Colorado?

13         A.   No.

14         Q.   How were you supporting yourself

15  while you were in Colorado?

16         A.   Well, I had a few women who I was

17  dealing with, and it was just a whole mess.

18         Q.   They would support you --

19         A.   Yes.

20         Q.   -- is that what you're saying?

21         A.   (Nodding head.)

22         Q.   Were you selling drugs in Colorado

23  also to make ends meet?

24         A.   Not until 2008.

25         Q.   Were you still in Colorado at that

Jamal Murray vs Ohio Dept. of Rehab and Correction          Jamal Antonio Murray

27

1    point?

2          A.   Well, I had came back to Cincinnati

3    May of 2007 for Mother's Day and for my kids'

4    mother's birthday.  And I went back to Colorado in

5    2007, I believe it was July, and that's when I had

6    caught threats in December 2007, and I was locked

7    up for six months.  And I had got out, and they

8    had wanted to put me on probation, and during the

9    time that I was out, I had caught a possession of

10   crack cocaine.

11         Q.   Is that in Colorado?

12         A.   In Colorado, yeah.

13         Q.   In Colorado, okay.  So were you

14   selling crack cocaine again?

15         A.   Yes.

16         Q.   Okay.  When did that start?

17         A.   When I had got out of Boone for six

18   months, and from -- let me see, I was locked up

19   December '07, January, February, March, April,

20   May, so I got out in May 2008.

21         Q.   Okay.

22         A.   So I got back in again and that

23   didn't work for me.

24         Q.   Gotcha.

25         A.   So --

28

1          Q.   When you went out to Colorado -- and

2  I apologize if I already asked you this -- did you

3  look for work?

4          A.   No.

5          Q.   Why not?  I know that you indicated

6  the relationships that you had, but was there any

7  other reason why you didn't look for work?

8          A.   No, there wasn't no other reason, no.

9  I just didn't.

10          Q.   Were you able to work?

11          A.   Yes.

12          Q.   Okay.  At that point whenever you

13  began selling crack cocaine again, were you using

14  crack cocaine?

15          A.   No.

16          Q.   Okay.  While you were in Colorado,

17  did you take any classes to get your GED?

18          A.   No.

19          Q.   Did you have any medical issues?

20          A.   No.

21          Q.   No, between 2006 and 2008?

22          A.   No.

23          Q.   Did you ever have your vision checked

24  during that time?

25          A.   No.

Jamal Murray vs Ohio Dept. of Rehab and Correction          Jamal Antonio Murray

29

1        Q.   Now, in 2008, you suffered a heart

2   attack; is that correct?

3        A.   Yes.

4        Q.   Okay.  Tell me about the onset of

5   your symptoms for that heart attack.

6        A.   Chest pain.

7        Q.   Were you in Colorado or back here in

8   Cincinnati when that happened?

9        A.   In Cincinnati.

10        Q.   When did you come back to Cincinnati?

11        A.   It was in '08, like the middle of

12   '08, because I had run.  I thought I had got out

13   from that possession of crack cocaine.  I had run,

14   I mean, I had ran from the law, when I came back

15   to Cincinnati.

16        Q.   So were you ever incarcerated in

17   Colorado for the possession of crack cocaine?

18        A.   Yeah.  I went to prison for two

19   years.

20        Q.   I apologize if you said that.  Okay.

21   You came back to Ohio?

22        A.   Right.  I didn't go to prison until

23   2009 --

24        Q.   Okay.

25        A.   -- when I had caught my case here in

30

1   '08 and I had posted bail, but I had a holder, so

2   Colorado came and got me, so I got sentenced up

3   there first.  I filed for speedy trial for Ohio.

4   They came and got me out of the penitentiary,

5   sentenced me, and then I went back up there to

6   Colorado.  Then, I went to the parole hearing, and

7   they had told me that since my time in Ohio

8   overlaps Colorado, I could just do it in Ohio.

9          Q.   What time was this that you were

10  doing in Ohio at that point in 2009?

11         A.   Okay.  Say that again.

12         Q.   You said that your time overlapped.

13  What were you doing time for in Ohio that

14  overlapped with your time in Colorado?

15         A.   Oh, the felonious assault.

16         Q.   Now I understand, okay.  Backing up

17  though, let's go back to your heart attack in

18  2008.  You said that you felt chest pains.  Were

19  there any other symptoms or things that --

20         A.   Chest pains.

21         Q.   Just chest pains.  Okay.

22         A.   I was in the Justice Center.

23         Q.   Okay.  And I take it, did they take

24  you to the hospital?

25         A.   Yes.

31

1          Q.    And you were treated?

2          A.    Um-hmm.

3          Q.    Were you informed what the cause of

4    your heart attack was?

5          A.    I can't remember.  I know it was in

6    my medical file.

7          Q.    Were you ever told that cocaine use

8    was the cause of your heart attack?

9          A.    You know what, yeah, yeah, that's

10   right.  They had told me because it was in my

11   system, that's right.

12         Q.    You told me a few times that when you

13   were selling cocaine beginning when you were 17

14   that you weren't using cocaine.

15         A.    No.

16         Q.    At what point did you begin using

17   cocaine?

18         A.    I never did.  This is the way it

19   happened.  So when you go through the Justice

20   Center, right, they strip search you.  Now, I know

21   that I got this crack cocaine between my butt

22   cheeks, so I shoved it, that's how it was in my

23   system, because when you go to the justice center,

24   they strip search you.  So after they strip search

25   you, I went into the bathroom, I got it out, I

Jamal Murray vs Ohio Dept. of Rehab and Correction          Jamal Antonio Murray

32

1  flushed it.

2          Q.   You didn't -- you don't mean you

3  flushed it down the toilet, you mean you flushed

4  it into your system?

5          A.   No.  I flushed it down the toilet.

6          Q.   Okay.  I'm confused.

7          A.   Okay.  I'm in the back seat of the

8  police car.

9          Q.   Okay.

10          A.   I pushed this crack cocaine up my

11  cheeks --

12          Q.   I'm with you.

13          A.   -- so when I go through the Justice

14  Center, I don't get caught with it.  As they strip

15  search me, I go to the bathroom, I get it out and

16  I flush it.  But that's how the crack was in my

17  system, and, plus, when you touch it, it gets in

18  your pores.

19          Q.   Was it in a baggy?

20          A.   Yeah, uh-huh.

21          Q.   How much crack cocaine was it?

22          A.   I don't remember, like 4 or 5 grams

23  or something like that.

24          Q.   How -- using your hands, how much is

25  that, how much crack cocaine is 4 or 5 grams?

33

1      A.   (Indicating.)

2      Q.   About the size of like a 50 cent

3 piece or a silver dollar?

4      A.   Yeah.

5      Q.   Yeah?

6      A.   (Nodding head.)

7      Q.   Okay.  And so you were told then that

8 cocaine use was the cause of your heart attack?

9      A.   Right.

10     Q.   But you never used cocaine?

11     A.   No.

12     Q.   The only time that cocaine was in

13 your system was whenever you had tried to conceal

14 it going into the institution?

15     A.   Right, and it's in my system because

16 I'm selling it, so I'm touching it on a day-to-day

17 basis.

18     Q.   Okay, okay.  And you had been selling

19 cocaine whenever you came back to Cincinnati as

20 well?

21     A.   Right.

22     Q.   All right.  When you came back to

23 Cincinnati, did you ever try and find a different

24 kind of employment?

25     A.   I was on the run from Colorado.

Jamal Murray vs Ohio Dept. of Rehab and Correction       Jamal Antonio Murray

34

1        Q.   I understand.

2        A.   I had a warrant, so how can I look

3 for a job?

4        Q.   Okay.  What sorts of treatment did

5 you receive after you had the heart attack?

6        A.   A stent in my heart --

7        Q.   Okay.

8        A.   -- and medication.

9        Q.   Do you recall what kind of

10 medication?

11       A.   No, I don't.

12       Q.   Were you treated with aspirin?

13       A.   I treat with aspirin now.

14       Q.   Do you recall if you were treated

15 with aspirin then?

16       A.   I can't remember.  I know I was on

17 medication, though, I just can't remember what

18 medication.

19       Q.   Okay.  Did you also receive treatment

20 for high cholesterol?

21       A.   Who?

22       Q.   High cholesterol.

23       A.   I can't remember.

24       Q.   Do you recall if you were on one

25 medication or more than one medication after your

Jamal Murray vs Ohio Dept. of Rehab and Correction          Jamal Antonio Murray

                                                                          35
1   heart attack in 2008?

2          A.   I think maybe two.  I just don't

3   remember.

4          Q.   That's okay.  Do you remember what

5   hospital they took you to?

6          A.   University.

7          Q.   University in Cincinnati?

8          A.   Cincinnati, um-hmm.

9          Q.   And you were there just for a few

10  days in 2008?

11         A.   Something like that.  I can't

12  remember how many days, but I do know they took me

13  there, and I wound up back in the Justice Center.

14         Q.   Did you ever go back to University

15  Hospital for any sort of follow-up?

16         A.   I was locked up.

17         Q.   I know, but I didn't know if they

18  took you back there for any sort of follow-up.

19         A.   Oh, no.

20         Q.   No?

21         A.   No.

22         Q.   Okay.  I know you don't recall what

23  medications you were on, but do you recall if the

24  Justice Center distributed them to you?

25         A.   Yes, they did.

Jamal Murray vs Ohio Dept. of Rehab and Correction                     Jamal Antonio Murray

36

1      Q.   Okay.  Did you take them regularly?

2      A.   Yes.

3      Q.   Did you ever miss a dose?

4      A.   Not that I recall, no.

5      Q.   Okay.  How did you feel after your

6  heart attack?

7      A.   Normal.

8      Q.   No concerning symptoms or anything?

9      A.   No.

10     Q.   Did you suffer from headaches?

11     A.   No.

12     Q.   Any of that chest pain that you

13  talked about?

14     A.   No.

15     Q.   So you were in the Justice Center --

16  I'm sorry, I know that you explained this, but I

17  want to make sure that we're clear -- on what

18  charges?

19     A.   Felonious assault, aggravated

20  robbery, aggravated burglary, and I had the case

21  from Colorado.

22     Q.   Okay.  So you were serving time on

23  all four of those charges?

24     A.   Right.

25     Q.   Both cases?

Jamal Murray vs Ohio Dept. of Rehab and Correction          Jamal Antonio Murray

37

1          A.   Basically, right.

2          Q.   Gotcha.  So from the time that you

3    got back from Colorado until you entered into

4    prison, you were in the Justice Center pretty much

5    the whole time; is that fair?

6          A.   Right.

7          Q.   Okay.  Were you ever not in the

8    Justice Center for a period of time whenever you

9    came back to Cincinnati?

10         A.   Yeah, because they had extradited in

11   '09, but I can't remember what month that was, but

12   extradited me in '09 to Colorado, like I had told

13   you.

14         Q.   Um-hmm.

15         A.   I spent some time up there.  I got

16   sentenced.  I went to prison in Colorado.  I filed

17   for speedy trial for Cincinnati.  Cincinnati came

18   and got me from out of the penitentiary in

19   Colorado.  I came back down here to Cincinnati, I

20   get sentenced in Cincinnati.

21         Q.   Let me stop you real quick.  Before

22   you got sentenced, were you being held or were you

23   out?

24         A.   I was being held.

25         Q.   Okay.  All right.  So the whole time

Jamal Murray vs Ohio Dept. of Rehab and Correction          Jamal Antonio Murray

38

1   that you were in Cincinnati after you came back

2   from Colorado, you were being held?

3        A.   Right.

4        Q.   Gotcha.  Okay.  We're on the same

5   page now.  So you were held in the Justice Center

6   and then you were transported to ODRC in 2010?

7        A.   Yes.

8        Q.   Okay.  So you never got out --

9        A.   Hold on, wait.  When you say O --

10       Q.   The Ohio Department of Corrections?

11       A.   Is that CRC?

12       Q.   Yeah.

13       A.   Yeah.

14       Q.   2010 you go through CRC, so you go

15   through the physical exam again?

16       A.   Um-hmm.

17       Q.   Did they note anything since you had

18   had a heart attack a few years earlier?

19       A.   Did they note anything?

20       Q.   Yeah.

21       A.   I don't know.  I don't think so.

22       Q.   They didn't tell you anything that

23   you needed to be cautious of or wary of?

24       A.   No.

25       Q.   Did they check your vision again?

Jamal Murray vs Ohio Dept. of Rehab and Correction                Jamal Antonio Murray

39

```
 1          A.   Yes.
 2          Q.   And what was your vision at that
 3   point?
 4          A.   20/20.
 5          Q.   Okay.  After you were in CRC, you
 6   went to Lebanon?
 7          A.   Yes.
 8          Q.   Is that correct?
 9          A.   (Nodding head.)
10          Q.   Okay.  And then you were transferred
11   to Pickaway after you were in Lebanon to serve out
12   the rest of your time?
13          A.   Yes, that was in 2014.
14          Q.   Okay.  While you were in prison from
15   2010 to 2014, did you work?
16          A.   No.  I went to school.
17          Q.   Okay.  And was this the mandatory GED
18   classes?
19          A.   Yes.
20          Q.   Okay.  During those four years, did
21   you complete your GED classes?
22          A.   No, because in 2012, that's when I
23   started losing my eyesight, so they took me out of
24   school.
25          Q.   Okay.  Had you taken any steps
```

40

1   between -- let me back up.

2           When you were in prison in Colorado,

3   did they require you to take GED classes?

4           A.   Yes.

5           Q.   So this was your fourth time taking

6   GED classes?

7           A.   Yes.

8           Q.   Okay.

9           A.   And up there, it's the same game.

10  There's a waiting process, but at this time, you

11  have to be doing something, so they had me working

12  in the kitchen while I'm waiting to get into

13  school.

14          Q.   Are you talking about in Colorado?

15          A.   Yes.

16          Q.   Okay.  Now, before we get into the

17  specifics of anything about your incarceration

18  from 2010 to 2014, I want to talk just briefly

19  about this lawsuit.  It's my understanding that

20  you believe that the defendants failed to provide

21  you with adequate medical treatment while you were

22  in Lebanon; is that correct?

23          A.   Yes.

24          Q.   All right.  And you're also alleging

25  that Dr. Hyde and Ms. Weiss retaliated against

Jamal Murray vs Ohio Dept. of Rehab and Correction          Jamal Antonio Murray

41

1    you?

2        A.    Yes.

3        Q.    Okay.  Tell me, generally, how did

4    the doctors and the rest of the medical personnel

5    you name in your complaint fail to provide you

6    with adequate medical care?

7                MR. KLINGLER:  I'm going to -- well,

8    I'm going to object to the question, first of all,

9    to the extent that it calls for a medical or legal

10   opinion, and also it goes beyond the scope of the

11   purpose of this deposition.

12               MS. BOYD:  Are you just stating an

13   objection and allowing him to answer?

14               MR. KLINGLER:  I'm asking you to

15   withdraw the question and in compliance with the

16   judge's order.

17               MS. BOYD:  Well, I suppose addressing

18   your first point, I'm asking him to state what he

19   believes they did that was inadequate.  I'm not

20   asking him to state it in terms of a legal

21   conclusion or using any medical terminology, in

22   his opinion.  And, furthermore, I believe that

23   going into that sort of information is not afoul

24   of the court's order because it is reasonably

25   likely to lead to information that is within the

42

 1  scope of this deposition.

 2              MR. KLINGLER:  I don't think so.  I

 3  mean, this is supposed to be about the extent of

 4  his disability.  It's not supposed to be about

 5  what he thinks they did wrong; that's liability

 6  and causation, that's not damages.  So I've let

 7  you ask a lot of questions that go beyond what I

 8  think the scope of the discovery is supposed to

 9  be, and now you're starting to ask him questions

10  that go to things having really nothing to do with

11  damages.

12              MS. BOYD:  I will move on from this

13  question, but I think that this might come up

14  again and we can address it again at that time --

15              MR. KLINGLER:  All right.

16              MS. BOYD:  -- with a different

17  question.

18  BY MS. BOYD:

19        Q.   I want to talk generally about how

20  you received medical care while you were in prison

21  in Ohio.

22        A.   Okay.

23        Q.   What is a health service request?

24        A.   It's a form you fill out to be seen

25  by the nurse or the doctor or the nurse

Jamal Murray vs Ohio Dept. of Rehab and Correction          Jamal Antonio Murray

43

1   practitioner.

2          Q.   How do you go about getting those

3   forms?

4          A.   You ask the CO or you can stop at the

5   infirmary and ask the CO that's in the infirmary.

6          Q.   At any point whenever you were in

7   prison in Ohio, did you have any trouble getting

8   one of those forms?

9          A.   No.

10         Q.   Okay.  So if you needed to see a

11  nurse in prison, is the process to fill out one of

12  those forms?

13         A.   Yes.

14         Q.   What about if you want to see a

15  doctor?

16         A.   You have to see the nurse first --

17         Q.   Okay.

18         A.   -- before you see the doctor.

19         Q.   And then do they give you a referral?

20         A.   Right.

21         Q.   Okay.  To see the nurse, do you have

22  to have an appointment?

23         A.   Yes.

24         Q.   And that comes from the health

25  service request?

Jamal Murray vs Ohio Dept. of Rehab and Correction          Jamal Antonio Murray

44

1          A.    Yes.

2          Q.    If you have an appointment, how are

3   you notified of that appointment?

4          A.    By the COs.

5          Q.    How are you told to go to that

6   appointment?

7          A.    How is you told to go?

8          Q.    Yeah.  So let's say you have an

9   appointment Tuesday at 1:00.  Tuesday at 1:00

10  comes, do you just leave or does someone come and

11  get you?

12         A.    No.  They send a pass from the

13  infirmary to you and a CO gives it to you.  You

14  get a pass and you go to the infirmary.

15         Q.    Okay.  Have you ever had an occasion

16  where you weren't given a pass?

17         A.    Not that I recall.

18         Q.    Okay.  If you have medications that

19  you need to take while you're in prison, how do

20  you go about getting those?

21         A.    They have something that they say --

22  okay.  The COs, they would mention med call, and

23  you leave out your cell and you go to the

24  infirmary, and you stand in line and you get your

25  medicine.

45

1          Q.   So it's not something that you can

2    keep with you in your cell?

3          A.   Some medications, they will, but

4    certain ones, they won't.

5          Q.   What type of medications can you keep

6    in your cell?

7          A.   I can't -- I mean, you can't keep

8    narcotics in your cell.

9          Q.   Okay.  When you had to get your blood

10   drawn, what was the process for that?

11         A.   They wake you up at like 4 in the

12   morning, they wake you up, and they send you to

13   the infirmary.

14         Q.   Okay.  Who draws your blood?

15         A.   A nurse.

16         Q.   Is it the same nurses that you see at

17   nurse sick call?

18         A.   No.

19         Q.   Okay.  So a different staff?

20         A.   Right, right.

21         Q.   Okay.  Did a doctor ever draw your

22   blood?

23         A.   No.

24         Q.   Okay.  Now, when you entered prison

25   most recently in 2010, you had already had your

46

1  heart attack, and you said that you were on a

2  bunch of medications; is that right?

3          A.   Not a bunch.

4              MR. KLINGLER:  Object.  That

5  mischaracterizes his testimony.

6  BY MS. BOYD:

7          Q.   I apologize.  You were on

8  medications; is that correct?

9          A.   Yes.

10         Q.   Okay.  Regardless of how many there

11 were, all of the medications that you were on, did

12 you continue to take them in prison?

13         A.   Yes.

14         Q.   Okay.  Now, in 2010 was the first

15 time that you were ever diagnosed with deep vein

16 thrombosis; is that right?

17         A.   Is that a blood clot?

18         Q.   Yeah.

19         A.   Yes.

20         Q.   Okay.  Tell me about the symptoms

21 that you had before that blood clot.

22         A.   Pain in my -- pain and swelling in my

23 right calf.

24         Q.   Okay.  Who did you notify about this

25 pain and swelling?

Jamal Murray vs Ohio Dept. of Rehab and Correction          Jamal Antonio Murray

47

```
 1         A.   The CO.
 2         Q.   And then how did you end up getting
 3  treatment?
 4         A.   The CO had sent me to the infirmary,
 5  and I had told them my leg is hurting and it's
 6  swelling, and they told me it could be something
 7  serious, so they sent me to the hospital.
 8         Q.   Okay.  What happened whenever you
 9  went to the hospital?
10         A.   They told me that it was a blood clot
11  in my right calf.
12         Q.   Okay.  Did they give you medication
13  for that?
14         A.   Yes.
15         Q.   Do you recall what medication that
16  was?
17         A.   Coumadin.
18         Q.   Coumadin?
19         A.   And Lovenox, but the Lovenox, I was
20  on it only for a couple of days, and that's I
21  guess to speed up -- to speed up the blood level
22  for the Coumadin or ever how that all works.
23         Q.   When you returned to prison after
24  being in the hospital, did you continue to take
25  the Coumadin?
```

Jamal Murray vs Ohio Dept. of Rehab and Correction          Jamal Antonio Murray

48

1     A.   Yes.

2     Q.   And were you monitored?

3     A.   In CRC?

4     Q.   Were you in CRC at this point or were

5  you at Lebanon?

6     A.   I mean, I was taking it at both

7  places.

8     Q.   Okay.

9     A.   So you want to know if I was

10 monitored at CRC or at Lebanon?

11    Q.   Let's go with both.

12    A.   CRC, yes, and they drew my blood, and

13 after I had the blood clot in my calf, I was only

14 at CRC not that many days, so I was shipped off to

15 Lebanon.  I get to Lebanon, I can't remember when

16 they had drew my blood at that time, but I knew

17 that they was drawing my blood, and they told me

18 to take this medicine, and I took it.

19    Q.   Okay.  Were you admitted to the

20 hospital again in April of 2011 because your leg

21 was swelling again?

22    A.   I don't remember what month, but I

23 know I had went back to the hospital where they

24 had sent me to FMC first because my whole -- at

25 this time, now my whole leg is swollen, so they

49

1  send me to FMC, and they -- I was in like a cell

2  with other inmates, and we was given our medicine.

3  But I can't remember if they had sent me to the

4  hospital from FMC or they just sent me back to the

5  penitentiary, I can't remember.

6          Q.   Okay.  When your leg began to swell,

7  you said that you notified a CO the first time.

8  Who did you notify the second time when your leg

9  began to swell?

10          A.   I had put in a medical slip to the

11  infirmary.

12          Q.   Okay.  And did they see you?

13          A.   Um-hmm.

14          Q.   And then did they determine that you

15  needed to go to the hospital?

16          A.   They determined I needed to go to

17  FMC.

18          Q.   Okay.

19          A.   Franklin Medical Center.

20          Q.   Is that like a hospital?

21          A.   Yeah.  It's a prison hospital, but

22  it's like a hospital.

23          Q.   Okay.  So they determined you needed

24  more treatment than what they could give you at

25  the prison?

Jamal Murray vs Ohio Dept. of Rehab and Correction          Jamal Antonio Murray

50

1          A.   I can't remember all they had

2     determined.  I just know they put me on medicine

3     and I had to take it.  As a matter of fact, it was

4     the same medicine, Coumadin.

5          Q.   Coumadin?

6          A.   And while I was there, they had drew

7     my blood.

8          Q.   I'm going to stop you.  When you say

9     there, do you mean FMC?

10         A.   Yes.

11         Q.   Okay.  I'm sorry.  Go ahead.  You

12    said they drew your blood?

13         A.   And I took medicine.

14         Q.   Did they do something called check

15    your INR?

16         A.   That's what it is.

17         Q.   When they draw your blood, you're

18    talking about them checking your INR?

19         A.   Yes.

20         Q.   Did they explain to you why they were

21    checking your INR?

22         A.   Yes, because my blood level --

23    because the INR level and the doses of the

24    Coumadin have to be on the same track.

25         Q.   Okay.  Before you had gone to FMC,

Jamal Murray vs Ohio Dept. of Rehab and Correction          Jamal Antonio Murray

51

1  were they checking your INR level at Lebanon?

2        A.   Yes.

3        Q.   How long were you in FMC; do you

4  recall?

5        A.   No.

6        Q.   Okay.  Did you go back to Lebanon

7  then?

8        A.   Yes.

9        Q.   Were they continuing to provide you

10  with Coumadin?

11        A.   Yes.

12        Q.   And checking your INR level?

13        A.   Yes.

14        Q.   Now, were you told whenever you were

15  discharged from FMC that you had to be diligent

16  about making sure that your INRs were checked?

17        A.   Diligent?

18        Q.   Yeah.

19        A.   Not that I recall.

20        Q.   Okay.  Or that it was important?

21        A.   Yes, that, yes, important, yes.

22        Q.   So they stressed to you the

23  importance of getting your INR levels checked?

24        A.   Yes.

25        Q.   Okay.  And in July 2011, do you

Jamal Murray vs Ohio Dept. of Rehab and Correction          Jamal Antonio Murray

52

1  recall being evaluated by hematology?

2        A.   No.

3        Q.   Okay.  Do you recall learning around

4  that time that you were considered to have

5  hereditary protein C and protein S deficiency?

6        A.   Yes.

7        Q.   Okay.  Did that occur while you were

8  in the hospital again or while you were at

9  Lebanon?

10        A.   I can't remember who had told me

11  that.  I know it was a doctor.  I don't know if it

12  was Ohio State or the doctor at Lebanon.  I

13  remember somebody mentioning that.

14        Q.   Okay.  So you were receiving a lot of

15  care during this time; is that an accurate

16  statement?

17              MR. KLINGLER:  Object to the form.

18  BY MS. BOYD:

19        Q.   You can answer.

20        A.   Oh, okay.  I know I was receiving

21  care, but -- yes, I was receiving care.

22        Q.   So you were receiving care at

23  Lebanon?

24        A.   Um-hmm.

25        Q.   You were receiving care at FMC when

53

1    Lebanon referred you there?

2         A.   Um-hmm.

3         Q.   And you were receiving care at OSU

4    hospital whenever FMC decided that you needed to

5    go there?

6         A.   Yes.

7         Q.   Okay.  And throughout 2011, were you

8    continued on Coumadin?

9         A.   Yes.

10        Q.   And were you informed of the

11   importance of taking your Coumadin?

12        A.   Yes.

13        Q.   You were having your INR levels

14   checked regularly?

15        A.   Yes.

16             MS. BOYD:  Okay.  Is it okay if we

17   take a quick break?

18             MR. KLINGLER:  Sure.

19             MS. BOYD:  Just about 5 minutes.

20             (Brief recess.)

21   BY MS. BOYD:

22        Q.   We were talking before we took a

23   break about how throughout 2011, you were on

24   Coumadin, and throughout 2011, your INR levels

25   were being checked; is that correct?

Jamal Murray vs Ohio Dept. of Rehab and Correction                Jamal Antonio Murray

54

```
 1        A.   Yes.

 2        Q.   Okay.  Now, do you recall having an

 3   appointment to see the doctor on December 28th,

 4   2011?

 5             MR. KLINGLER:  Let me just stop and

 6   raise an objection.  This goes beyond the judge's

 7   order, so unless you can explain to me how this

 8   relates to the extent of his damages, I'm going to

 9   instruct him not to answer.

10             MS. BOYD:  I believe that all of his

11   medical care goes to the extent of his damages,

12   what care he did or did not receive goes to the

13   extent of his damages.

14             MR. KLINGLER:  I disagree, so I'm

15   going to instruct him not to answer.

16             MR. KENNEDY:  If he chose to -- I

17   mean, the thrust of his damages is the amount of

18   pain and suffering that resulted from any care,

19   any that persists to this day.  So if he did or

20   did not see a physician during that time, that

21   either suggests that he had increased or less pain

22   and suffering or more.  You know, the complaint

23   says he continuously went to the physician the

24   entire time.  So the basis for him going to the

25   physician, that being his pain and suffering that
```

55

1  he alleges, is like of the utmost relevance.

2            MR. KLINGLER:  I'm not sure I

3  followed you.  You're saying that the questions

4  are directed to the pain and suffering that he

5  underwent while he was locked up?

6            MR. KENNEDY:  If he was -- if he had

7  continuous, ongoing unbearable pain and suffering

8  in the month of January of 2012 as is suggested in

9  the complaint, then, the degree to which he sought

10 medical care and the basis for that obviously

11 speaks to that suffering, which is what the

12 damages are about, at least part of what the

13 damages are about.

14           MR. KLINGLER:  Yeah, I don't buy it,

15 I just don't, I just don't buy it.  Look, I mean,

16 I printed out the judge's order just to be sure,

17 and her order granting the request to take his

18 deposition, or as you requested a few other

19 depositions perhaps, the judge says:  Defendants

20 move for an order reopening discovery 60 days to

21 allow inquiry into the level of plaintiff's vision

22 impairment, Document 84.  Defendants represent

23 that good cause exists to modify the scheduling

24 order due to existing settlement discussions.

25 Defendants explained that, quote, a myriad of

Jamal Murray vs Ohio Dept. of Rehab and Correction        Jamal Antonio Murray

56

```
 1   factual allegations concerning plaintiff's
 2   abilities and his level of vision accompanied the
 3   settlement demand, end quote, that, quote, had
 4   never before been brought to their attention, end
 5   quote.  Defendants further explain they need to
 6   conduct a few short depositions to investigate the
 7   extent of plaintiff's injuries in order to
 8   continue engaging in settlement discussions and
 9   craft a well-reasoned dispositive motion.
10             That's what she ordered.  And in our
11   phone conference the other day, I think the judge
12   reiterated that that was her understanding and
13   that was her intent, that the extent of
14   Mr. Murray's visual impairment is the issue that
15   she is allowing inquiry into, and that's all I'm
16   going to allow Mr. Murray to answer.  And we've
17   spent about an hour on the record getting
18   background information, a little bit of which is
19   relevant to questions concerning what his vision
20   was like before this injury, but, otherwise, I let
21   you go on in a lot of different areas.  I'm just
22   not going to do it anymore because it's way beyond
23   what the judge ordered.
24             MS. BOYD:  To respond to the court
25   permitting inquiry into the extent of his
```

57

1  injuries, she specifically stated that experts

2  opining clearly on causation who had never treated

3  him did not speak to the extent of his injuries;

4  however, Mr. Murray testifying as to what injuries

5  he suffered at what point throughout his care in

6  prison is not something that she strictly

7  prohibited in our phone conversation.

8              MR. KLINGLER:  Well, all I --

9              MS. BOYD:  So if the order is

10 allowing discovery to be reopened to investigate

11 the extent of his injuries, how is discussing what

12 injuries he suffered throughout his incarceration

13 not relevant in leading to the discovery of what

14 his injuries are today?

15             MR. KLINGLER:  Visual impairment is

16 the injury that we're alleging, and that's what

17 we're talking about, and that's what you asked for

18 discovery on.

19             MS. BOYD:  I believe that all of

20 these questions, then, lead to what you allege

21 caused his visual impairment.  So we're not going

22 to causation, but we're going to how he allegedly

23 suffered these injuries.

24             MR. KLINGLER:  Well, that's

25 causation, that's not the extent of his injuries,

58

1  so you've kind of made my point.  I understand why

2  you want to go there, but that's not --

3           MS. BOYD:  How can we discover what

4  the extent of his injuries are without knowing

5  what his capacity was before?  If a large part of

6  your damage demand -- or, I'm sorry, request for

7  damages was based on what his capabilities are now

8  based on -- as opposed to what they were before,

9  how is it not important to investigate at what

10 point that deterioration allegedly occurred?

11          MR. KLINGLER:  You can ask him at

12 what point that deterioration occurred.

13          MS. BOYD:  I would like to ask him

14 more questions than that because I believe that

15 that level of inquiry is important and is within

16 the court's order.

17          MR. KLINGLER:  I don't, I just don't.

18 I mean, you're trying to do a full deposition on

19 causation, on every other issue that might be

20 relevant, and, I mean, that's not what the court

21 ordered.

22          MS. BOYD:  The extent of his injuries

23 is not limited to what injuries he suffers today,

24 that is not what that order says.

25          MR. KLINGLER:  You know, I don't know

59

1  that it's going to get us anywhere to continue to

2  argue.  I read what I think is pretty clear from

3  the court's order.  I can read it again.

4          MS. BOYD:  We've read it.

5          MR. KLINGLER:  The way I interpret it

6  is that what's at issue here is the extent of his

7  visual impairment, and that's pretty clear, his

8  visual impairment.  It's not the extent of his

9  pain and suffering that might have occurred at

10  some other time during his incarceration, it's the

11  extent of his visual impairment.

12          MS. BOYD:  But if I may, the whole

13  reason the discovery was reopened was to assist

14  everyone involved in ascertaining what sort of

15  demand or damages may be appropriate.  You're

16  alleging in your complaint pain and suffering, so

17  how is that not relevant in determining what is

18  appropriate?

19          MR. KLINGLER:  All I can say is that

20  the way I understand the judge's order, what is

21  discoverable at this late date is the extent of

22  his visual impairment, that's what I understand.

23  And, you know, in terms of what we all need to

24  help us settle the case, I don't know, maybe we're

25  beyond that point; but I'm not going to open up a

60

1  full deposition under the theory that it might

2  help you folks understand the value of the case.

3  I mean, the extent of his visual --

4          MS. BOYD:  That was the point of

5  discovery being reopened, that was the thrust of

6  our motion that was granted by the court.

7          MR. KLINGLER:  Defendants explained

8  that, quote --

9          MS. BOYD:  You do not need to read it

10 again.

11         MR. KLINGLER:  Factual allegations

12 concerning plaintiff's abilities and his level of

13 vision and his level of vision accompanied the

14 settlement demand that had never before been

15 brought to their attention.  I mean, it's pretty

16 clear.  The medical records make it clear how

17 much, how often, he had complained, how much pain

18 he said he was in, so, you know, everybody has

19 known that.  You've known it longer than I have or

20 the defendants have, so that's not what's on the

21 table.

22         MS. BOYD:  How about this, we will

23 move to a different line of inquiry, and at the

24 next break or over lunch, if it gets to that

25 point, we will discuss how we would like to

Jamal Murray vs Ohio Dept. of Rehab and Correction      Jamal Antonio Murray

61

1  proceed.

2          MR. KLINGLER:  That's fine.

3          MS. BOYD:  How's that sound?

4          MR. KLINGLER:  Sure.

5          MS. BOYD:  Okay.  So I suppose at

6  this point, I will just ask a question, and if you

7  believe it's beyond the scope, you let me know.

8  We'll keep proceeding.  Obviously, he won't

9  answer, if that's the case, and then we'll

10 determine how best to proceed.

11         MR. KLINGLER:  All right.

12         MS. BOYD:  Okay.

13 BY MS. BOYD:

14      Q.  All right.  In 2011, how was your

15 vision?

16      A.  It was good.

17      Q.  It was good?

18      A.  Um-hmm.

19      Q.  Had it been checked since you had

20 entered into prison in 2010?

21      A.  It was checked in CRC before you go

22 to prison, that was the last time it was checked

23 until I started seeing triple.

24      Q.  Until you started seeing triple?

25      A.  Um-hmm.

Jamal Murray vs Ohio Dept. of Rehab and Correction          Jamal Antonio Murray

62

1      Q.   When was that?

2      A.   It was the day that I had lied and I

3  had told my cellee -- my cell mate to tell the CO

4  that I just had fell out and somebody needed to

5  come and get me.

6      Q.   When you say I just fell out, what

7  does that mean?

8      A.   Like I had laid on the floor because

9  I was in so much pain, and I started seeing

10  triple, so my cell mate had got the CO's

11  attention.  And when the nurses had came, they was

12  trying to wake me up, and I was hearing them, but

13  I acted like I didn't because I knew something was

14  wrong with me.  So they took me to the infirmary,

15  and the nurse had told me, Murray, make this worth

16  my while -- no, he said make this worth your while

17  because this is his call, so basically, he wasn't

18  believing me or whatever.  So they took me to the

19  hospital, and that's when I was diagnosed with --

20  I thought it was an aneurysm, but they was saying

21  it was a blood clot on my brain.

22      Q.   And this was in February 2012?

23      A.   I know it was in the beginning of

24  2012.

25      Q.   Okay.  Had you reached out to either

Jamal Murray vs Ohio Dept. of Rehab and Correction                    Jamal Antonio Murray

63

1   a nurse or a doctor through an HSR prior to that

2   time?

3          A.   Yes.  Some days, I would just go to

4   the infirmary myself without filling out a medical

5   slip and letting them know like I'm hurting.

6          Q.   Okay.

7          A.   You know, if I'm coming to you and

8   I'm crying, I just didn't understand why I

9   couldn't get the attention that I needed.

10         Q.   When you would let them know that you

11  were in pain, were you treated?

12         A.   Yeah.  They had put me on a migraine

13  pill that I guess was supposed to stop my

14  headaches.  They was putting me on all type of

15  pain medication to try to stop my headaches, but

16  this wasn't no normal headache.  And now that I

17  know, I know the difference between a migraine and

18  a headache, that's not the two same things.

19         Q.   Did you know that at that time?

20         A.   I just knew that I was in worser pain

21  than a headache.

22         Q.   Okay.  While you were in the hospital

23  in February 2012, did they continue your Coumadin?

24         A.   Yes.

25         Q.   Did they continue to check your INRs?

64

1          A.    Yes.

2          Q.    Did you have surgery?

3          A.    Not until the next year.

4          Q.    Okay.  While you were at the hospital

5    in February 2012, how was your vision?

6          A.    When I had -- after they had seen me

7    at the beginning of 2012, by the time I got back

8    to Lebanon, I wasn't seeing triple, I was just

9    seeing like regular.

10         Q.    So your vision had improved from the

11   time that you went from the hospital back to

12   Lebanon?

13         A.    The day I went to the hospital, I was

14   seeing triple.  When they took me to the hospital,

15   whatever they had did to me, I could see regular,

16   I wasn't seeing triple.  But then whatever had

17   happened, I started losing vision, and I'm telling

18   him this, Dr. Hyde, I'm telling him that my

19   eyesight is losing.  So at sometime that year, he

20   eventually had sent me to the eye doctor there in

21   Lebanon, and that eye doctor was saying that I had

22   some fluid -- I think he said fluid or something

23   on my optic nerves.

24         Q.    When you informed Dr. Hyde that you

25   were losing your vision, how did you inform him?

65

1          A.    I just had went over there.

2          Q.    You went directly up to him?

3          A.    No.  I went over to the infirmary and

4    had told the CO that I needed to see a nurse

5    because there was something wrong with my

6    eyesight, and I believe they had put me on the

7    list to see a nurse or a doctor or something like

8    that.

9          Q.    Okay.  You explained earlier that

10   typically to see a nurse or a doctor, you filled

11   out a health service request.  Was just going up

12   to the window another way to see a nurse or a

13   doctor?

14         A.    You can, but you're not allowed to.

15         Q.    Is that what you did, though?

16         A.    Like which time, which time?

17         Q.    Whenever you were telling them that

18   your vision was -- you felt that it was

19   decreasing.

20         A.    Right, right.

21         Q.    Tell me about -- when you say your

22   vision was decreasing, what do you mean?

23         A.    Like I can't see far again.  Like

24   certain things, I just can't see no more.

25         Q.    Like just things that are far away?

Jamal Murray vs Ohio Dept. of Rehab and Correction                Jamal Antonio Murray

66

1        A.    Right.

2        Q.    Okay.  So things in your cell, could

3   you see those?

4        A.    Yes.

5        Q.    Okay.  Could you see well enough to

6   read something?

7        A.    No.

8        Q.    Could you see well enough to write

9   something?

10       A.    No.

11       Q.    So you couldn't see far away and you

12  couldn't see to write?

13       A.    Right.  Like it would just like --

14  like blurry, like everything just blurry.  Like

15  you sitting right there, I can't see your features

16  or your details.

17       Q.    Okay.  I'm not talking about right

18  now, though.

19       A.    Okay.

20       Q.    I'm talking about in 2012.

21       A.    Okay.

22       Q.    So is that an accurate description of

23  what your vision was like in 2012?

24       A.    Right.

25       Q.    Okay.  In 2012, you told Dr. Hyde or

Jamal Murray vs Ohio Dept. of Rehab and Correction             Jamal Antonio Murray

67

1  you told someone that your vision was going, and

2  then you went to see someone to treat that; is

3  that correct?

4        A.   Right.

5        Q.   Okay.  And you're still taking

6  Coumadin?

7        A.   Right.

8        Q.   Were you taking Diamox?

9        A.   Yes.

10       Q.   Okay.

11       A.   Yes.

12       Q.   And didn't you advise the staff at

13  OSU that you had not been taking the Diamox as

14  ordered?

15            MR. KLINGLER:  Objection.  I'm going

16  to instruct him not to answer that one.

17  BY MS. BOYD:

18       Q.   While you were at OSU when they

19  discovered the swelling on the brain that you

20  described, was it explained to you that you needed

21  to take your medication every day for --

22       A.   Yes.

23       Q.   -- for it to work?

24       A.   Yes.

25       Q.   And then I know earlier you said that

Jamal Murray vs Ohio Dept. of Rehab and Correction                Jamal Antonio Murray

68

1   you had surgery, but it wasn't until later.  Was
2   that about September 2012?
3          A.   I had a few surgeries.
4          Q.   Okay.  The first of which being in
5   September; does that sound right?
6          A.   I don't remember what month, but I
7   know they put a shunt in.
8          Q.   How was your vision after that?
9          A.   Still the same, and I was still
10  having headaches.  So they had took me back to the
11  hospital to put a valve on the shunt because they
12  was saying that the shunt was moving too fast.  So
13  they put a valve on it to slow it down, and then I
14  guess it was slowing down too much, so they just
15  took the whole thing out, and then I had surgery
16  on my brain.
17         Q.   After that, how was your vision?
18         A.   After the surgery on my brain, it's
19  all been a standpoint since.
20         Q.   I'm sorry?
21         A.   It's all been a standpoint since.
22         Q.   So your vision did not change after
23  the second surgery?
24         A.   No.  It's just at a standpoint.
25         Q.   Stayed the same?

Jamal Murray vs Ohio Dept. of Rehab and Correction        Jamal Antonio Murray

69

```
 1          A.    Right.
 2          Q.    Okay.  Now, in December of 2012, do
 3   you recall being assessed by a physical therapist
 4   at the prison?
 5          A.    A physical therapist?
 6          Q.    Um-hmm.  To determine your level of
 7   independence within the prison.
 8          A.    No, I don't recall that.
 9          Q.    Okay.  Did you ever need any
10   assistance while in prison in 2012?
11          A.    Like as far as doing what?
12          Q.    Your day-to-day tasks.
13          A.    No, not for real, because it's
14   just -- I mean, you shower in your cell, so
15   everything was compact, so certain senses picks
16   up.  So I can remember certain things that I used
17   to do when I would be able to see clearly, so I
18   didn't need no assistance.
19          Q.    All right.
20          A.    And, plus, at this time, my little
21   brother was in my cell, my mother's son, so I
22   didn't need no assistance.
23          Q.    And you had told me whenever you
24   explained your vision that you couldn't see far
25   away, and writing and reading was difficult, but
```

70

1  you could see things in your cell, it was just

2  blurry --

3            A.   Right.

4            Q.   -- is that accurate?

5            A.   Um-hmm.

6            Q.   So you could still see?

7            A.   Um-hmm.

8                 MR. KLINGLER:  Object to the form of

9  the question, you could still see.

10 BY MS. BOYD:

11            Q.   You could make out objects in your

12 cell, yes or no?

13            A.   Yes.

14            Q.   Let's see.  Do you recall, was your

15 vision assessed while you were in prison after

16 these surgeries to determine what your vision was?

17 I know you said it was 20/20 when you first

18 entered.  Was it reassessed?

19            A.   Okay.  Is you saying like did they

20 take me to OSU and check my vision?

21            Q.   Yeah.  Take you to OSU or take you to

22 anywhere to determine what your vision or your

23 prescription was now?

24            A.   Yes.  They took me to OSU, and

25 whatever they had told the prison, I don't know,

Jamal Murray vs Ohio Dept. of Rehab and Correction                Jamal Antonio Murray

71

1   because OSU is not allowed to discuss with you

2   your medical record.  They discuss it with the

3   doctors at Lebanon, and then Lebanon tells you so

4   much.

5           Q.   Okay.  Were you given glasses?

6           A.   Yes, but it was like a magnifying

7   glass.

8           Q.   What do you mean?

9           A.   Like the glasses is a magnifying,

10  like if I needing to see something up close like

11  to read something or to write something.

12          Q.   Were they reading glasses?

13          A.   There's a difference.  You know, like

14  a magnifying glass and reading glasses, them ain't

15  the same two.

16          Q.   So they were prescription eyeglasses?

17          A.   Yes.

18          Q.   Okay.  Were you given glasses in

19  August of 2013?

20          A.   August 2013?  I can't recall when I

21  had got them glasses.

22          Q.   Okay.

23          A.   I don't know what month.

24          Q.   Was there an optical lab at the Ohio

25  Reformatory for Women that you ever went to?

Jamal Murray vs Ohio Dept. of Rehab and Correction                    Jamal Antonio Murray

72

1         A.    Excuse me?

2         Q.    At ORW, the Ohio Reformatory for

3    Women, was there an optical lab there that you

4    ever went there?

5         A.    Women?

6         Q.    At ORW, did they have a vision center

7    that they would sometimes take you guys to if you

8    needed your vision checked?

9         A.    When was I there?  I don't know what

10   that is.  Is that a medical center?

11        Q.    I don't know.  I'm asking you if you

12   ever recall going there for such a visit?

13        A.    No, no.

14        Q.    Okay.  But you did have your vision

15   checked while you were in prison?

16        A.    Yes.

17        Q.    And they gave you glasses?

18        A.    (Nodding head.)

19        Q.    If I told you that in August of 2013

20   that your vision was a plus 4 in each eye, does

21   that sound like something that would have been

22   relayed to you?

23        A.    I don't know what a plus 4 is.

24        Q.    Okay.  Whenever they would give you a

25   prescription or give you new glasses, would they

73

```
 1   have you sign that sheet to state that you were

 2   aware?

 3          A.   I don't know.

 4          Q.   Okay.  If I had a form indicating

 5   that you did sign, would you be able to confirm

 6   that it is your signature?

 7          A.   No.  If I can -- I have to do it like

 8   this.  Wait.

 9          MS. BOYD:  While he's getting that,

10   may I steal an exhibit sticker.

11          THE WITNESS:  Let me see the paper.

12          (Thereupon, Defendant's Exhibit No.

13   1, a document dated August 2013, was marked for

14   purposes of identification.)

15   BY MS. BOYD:

16          Q.   I'm handing you what I have just

17   marked as Defendant's Exhibit 1.

18          A.   Where is the signature at so I know

19   where to look at?

20          Q.   It's about halfway down the page.

21          A.   Just point to it.

22          MR. KLINGLER:  (Indicating.)  You

23   want his signature?

24          MS. BOYD:  Yes.

25          MR. KLINGLER:  (Indicating.)
```

74

1          THE WITNESS:  That's my signature.

2   BY MS. BOYD:

3          Q.   Okay.  And if you look just a little

4   bit further up on the page, it shows that your

5   prescription in each eye was plus 4.

6          MR. KLINGLER:  (Indicating.)

7          THE WITNESS:  Okay.

8   BY MS. BOYD:

9          Q.   Okay.  Does that seem accurate as

10  about what you recall your vision being in August

11  of 2013?

12         A.   No, I don't recall it.

13         Q.   But they gave you glasses?

14         A.   Magnifying, yes.

15         Q.   Okay.  Now, if I were to tell you

16  that you saw the same optical lab again in June of

17  2014, would you have any reason to disagree with

18  that?

19         A.   In when, 2000 and what?

20         Q.   '14, does that sound about right?

21         A.   I probably did, I just don't know.

22         Q.   That's okay.  I'm going to hand you a

23  similar sheet again that shows that you were seen

24  on June 11th, 2014, this time showing that the

25  prescription in your right eye was plus 1.25 and

75

1  the prescription in your left eye was plus 1.5.

2  There's also a notation for your signature again.

3              (Thereupon, Defendant's Exhibit No.

4  2, a document dated 6/11/2014, was marked for

5  purposes of identification.)

6  BY MS. BOYD:

7        Q.   I'm handing Defendant's Exhibit 2 to

8  you and a copy to your attorney.

9              MS. BOYD:  Mr. Kingler, if you

10  wouldn't mind just helping him verify that again.

11             MR. KLINGLER:  You see there, I guess

12  that's it.  (Indicating.)

13             THE WITNESS:  That's my signature?

14  That's my signature?

15             MR. KLINGLER:  That's the question.

16  Do you think it is your signature?

17             THE WITNESS:  No, not that one

18  because I write -- hold on.  Let me see this.

19  Where's my first name at?

20             MR. KLINGLER:  It's not on there.

21             THE WITNESS:  Oh, I write way

22  sloppier than this.

23  BY MS. BOYD:

24        Q.   Let me ask you this, did you receive

25  a different pair of glasses whenever you went to

76

1   Pickaway?

2          A.   I don't recall.

3          Q.   Okay.  Because this sheet seems to

4   indicate that your prescription got better,

5   meaning that your eyesight got better, and that

6   you were given new glasses in June of 2014.  Do

7   you have any reason to dispute that?

8          A.   Yes, because I don't remember that, I

9   don't.

10         Q.   Did you have glasses while you were

11  at Pickaway?

12         A.   I know I had the magnifying glasses,

13  which didn't help, so yes, I had glasses.

14         Q.   So from the time that you first got

15  glasses -- do you recall, was it in 2012 or 2013?

16         A.   I don't recall.

17         Q.   Okay.  From the time you first got

18  glasses, did you have glasses the whole time that

19  you were in prison?

20         A.   No.

21         Q.   No?

22         A.   (Shaking head.)

23         Q.   Why not?

24         A.   Because when I got to prison, I

25  didn't need glasses.

Jamal Murray vs Ohio Dept. of Rehab and Correction          Jamal Antonio Murray

                                                                              77

1          Q.   No, I understand that.  I mean,
2    starting in 2012 or 2013, you said you can't
3    recall when you got them.  Say you got them in
4    2012.  From then until you were released from
5    prison, did you have glasses the entire time?
6          A.   Yes, yes, I did.
7          Q.   At any point during that time between
8    2012 to 2014, did your vision get better?
9          A.   No.
10         Q.   Did your vision get worse?
11         A.   It's at a standpoint.  After I had
12   that surgery on my brain, my vision never got
13   worser and it never got better.
14         Q.   Okay.  So this sheet that I just
15   showed you shows that your prescription got
16   better.  Are you saying that that's inaccurate?
17         A.   Yes.
18         Q.   Are you disputing that you were seen
19   by an ophthalmologist or optometrist?
20         A.   I was seen by one, but I can't
21   remember when.
22         Q.   Okay.  You mentioned earlier that you
23   were told on many occasions the importance of
24   taking your Coumadin?
25         A.   Yes.

78

1          Q.    And the importance of getting your

2    INR levels checked?

3          A.    Yes.

4          Q.    Was there ever a point while you were

5    in prison that you refused medications?

6                MR. KLINGLER:  Objection, don't

7    answer.

8    BY MS. BOYD:

9          Q.    Was there ever a point while you were

10   in prison that you refused to have your INR levels

11   checked?

12               MR. KLINGLER:  Objection, don't

13   answer.

14   BY MS. BOYD:

15         Q.    Just to be clear, you said your

16   vision stayed the same, so in 2014, you could see

17   shapes; is that correct?

18         A.    Yes.

19         Q.    Could you make out people's faces?

20               MR. KLINGLER:  Object to the form.

21   You can answer.

22   BY MS. BOYD:

23         Q.    Could you make out -- go ahead.

24         A.    If they was up close to me, yes.

25         Q.    Could you read?

Jamal Murray vs Ohio Dept. of Rehab and Correction          Jamal Antonio Murray

79

1      A.    No.

2      Q.    Could you write?

3      A.    No.

4      Q.    Even with your glasses on?

5      A.    No.

6      Q.    How --

7      A.    They didn't work.  That's what I was

8  getting to, they gave me some glasses that -- what

9  am I supposed to do with these?  I don't know.

10     Q.    Okay.  Were you ever unable to be

11 independent while you were in prison?

12          MR. KLINGLER:  Object to the form.

13          THE WITNESS:  No, because like I say,

14 certain senses pick up, so I can still wash my

15 behind, and I can still eat, and that's basically

16 what I was doing.

17 BY MS. BOYD:

18     Q.    Could you still get around the

19 prison?

20     A.    When I was in Pickaway?

21     Q.    When you were in Lebanon and then

22 when you were in Pickaway.

23     A.    Well, in Lebanon, yes, and in

24 Pickaway; but Pickaway, I was in a wheelchair, so

25 I didn't go nowhere.  I mean, I was in like a

little hospital, so there was nowhere to really go.

Q. Why were you in a wheelchair while you were in Pickaway?

A. Because I had a stroke and I couldn't feel my right leg.

Q. Did that have any affect on your vision?

A. Not that I recall. I don't recall.

Q. Okay.

A. I don't think so because, like I say, after I had that surgery, it was at a standpoint.

Q. Since your release from prison on December 7th, 2014, what type of medical care have you received?

A. Medicaid.

Q. Just what type of care, did you go to an eye doctor?

A. Yes, when I first got home, yes, I did.

Q. Okay. What did that eye doctor say?

A. I don't remember what level he put my vision at, but I know I had went to Social Security, and they had sent me to they eye doctor, and they determined that I should get SSI. I

don't know, I don't know the levels of what my eyesight is, but I can tell you what I can see, I can tell you what I can't see.

Q. What eye doctor did you go to?

A. Well, when I had went from Social Security or when I had went to Ohio State?

Q. When did you --

A. I mean, not Ohio State. University, that's the hospital that I go to now, University.

Q. University Hospital?

A. Yeah, in Cincy, yeah.

Q. What doctor do you see at University Hospital?

A. I don't remember his name because I seen him in 2015, and when he had told me there wasn't nothing he can do about my eyesight, I never have been back.

Q. Did he tell you to come back for a follow-up?

A. Yeah, just to see if it gets worser, but I didn't because it ain't got no worser and it ain't got no better.

Q. Just to be clear, you went to University Hospital to an eye doctor in 2015?

A. Yes.

Jamal Murray vs Ohio Dept. of Rehab and Correction          Jamal Antonio Murray

82

1          Q.   He told you to come back for a
2   follow-up?
3          A.   Yes.
4          Q.   And you chose not to?
5          A.   Yes.
6          Q.   Okay.  Did you see any other eye
7   doctors -- and you don't recall the name of that
8   eye doctor?
9          A.   I seen -- I don't know the name of
10   the eye doctor.  I just know Social Security had
11   sent me to their eye doctor.
12          Q.   At University Hospital or a different
13   eye doctor?
14          A.   A different eye doctor.
15          Q.   Do you know the name of the practice?
16          A.   No.  I just know that they determined
17   that I was partially blind.
18          Q.   When was this that you saw that eye
19   doctor?
20          A.   Sometime in 2015.  It was like --
21   because I had filed for SSI when I first came
22   home, so I just don't remember, I don't remember
23   what month they had sent me, but I know I had to
24   go see their eye doctor.
25          Q.   Was that before or after you saw the

Jamal Murray vs Ohio Dept. of Rehab and Correction                    Jamal Antonio Murray

83

1    eye doctor at University Hospital?

2              A.   I believe that was before.

3              Q.   Okay.  Did the eye doctor that SSI

4    referred you to give you any sort of instructions

5    as to what you should do or tell you more about

6    your vision?

7              A.   Not that I recall.

8              Q.   Okay.  Did they tell you to come back

9    for a follow-up?

10             A.   Not them because they didn't need to

11   follow up with me.

12             Q.   So that was just to assess your

13   vision for SSI?

14             A.   Right.

15             Q.   Okay.  I understand.  Since 2015,

16   have you been to any eye doctor?

17             A.   No.  Since after that one from

18   University?

19             Q.   Um-hmm.

20             A.   No.

21             Q.   Have you been to any other doctor?

22             A.   I see my doctor like every 90 days.

23             Q.   Have you had any additional

24   surgeries?

25             A.   No.

Jamal Murray vs Ohio Dept. of Rehab and Correction        Jamal Antonio Murray

84

1       Q.   What do you see the doctor for every

2  90 days?

3       A.   Because I'm on Xarelto, and -- I'm on

4  medication, basically.

5       Q.   Okay.  What is the name of this

6  doctor?

7       A.   Michael Binder.

8       Q.   Did you say Biter or Binder?

9       A.   Binder, Binder.

10       Q.   Okay.  Is he affiliated with a

11  hospital or a specific practice?

12       A.   He's affiliated with the hospital.

13       Q.   University Hospital?

14       A.   University, yeah.

15       Q.   So do you go to University Hospital

16  to see him?

17       A.   Yes.

18       Q.   And for what are you seeing him?

19       A.   To manage my medication.  I'm on

20  medicine, so I have a health problem, so I go to

21  him, and they check my blood pressure, and they

22  check my heartbeat, and they check me.  I mean,

23  it's I guess a follow-up or whatever you call it,

24  but I take medications, so somebody has to

25  prescribe them medications.

Jamal Murray vs Ohio Dept. of Rehab and Correction          Jamal Antonio Murray

85

1          Q.   And is all of this addressing the
2    blood clots?
3          A.   Yes, because they feel like that I
4    should be on a blood thinner for the rest of my
5    life.
6          Q.   You mentioned Xarelto.  What other
7    medications are you on?
8          A.   Metoprolol, lisinopril, aspirin,
9    Xarelto.  I might still have the list in my pocket
10   or my wallet.  I'm not for sure or not.  What is
11   all of this?
12              MR. KLINGLER:  No, that's nothing.
13              THE WITNESS:  That don't have my
14   medicines on it?
15              MR. KLINGLER:  No.
16              THE WITNESS:  Well, offhand, the only
17   ones I know of is the Xarelto, lisinopril,
18   metoprolol, and aspirin, and I'm taking another
19   one, but I can't think of the name of it.
20   BY MS. BOYD:
21         Q.   Do you still take Coumadin?
22         A.   No, no.
23         Q.   When did you stop taking Coumadin?
24         A.   2014, when I was in prison.
25         Q.   Okay.  Did you take anything in its

Jamal Murray vs Ohio Dept. of Rehab and Correction          Jamal Antonio Murray

86

1    place?

2          A.   Yes, Lovenox.

3          Q.   Are you still taking Lovenox?

4          A.   No.  They switched me to Xarelto

5    because who wants to stab themself twice a day for

6    the rest of their life.

7          Q.   Other than Dr. Binder, is there any

8    other doctor that you've seen since your release

9    from prison in addition to the two eye doctors

10   that you mentioned?

11         A.   Yes.  I see a blood doctor.  What's

12   the name for the blood doctor, hema --

13              MR. KLINGLER:  Hematologist.

14              THE WITNESS:  Right.

15   BY MS. BOYD:

16         Q.   Do you know the hematologist's name?

17         A.   No, not offhand, I don't.  I've got

18   it on a piece of paper at the house, but I don't

19   know the name by heart.

20         Q.   Is this someone that you were

21   referred to by Dr. Bender?

22         A.   Binder.

23         Q.   Binder, excuse me.

24         A.   Yes, to see -- yes, yes.

25         Q.   What is the hematologist doing for

87

1  you that Dr. Binder isn't; what's the purpose of

2  going to the hematologist?

3          A.   Oh, for my -- to try to figure out

4  why did I have -- what's the reason of me having

5  blood clots.

6          Q.   Okay.  So they're still not totally

7  under control?

8          A.   I mean, it's under control now, but

9  what's the reason, what's the reason why.

10         Q.   Okay.

11         A.   And when I was in prison, they had

12 mentioned something about low protein C, low

13 protein S, but since I been home, they told me

14 that I don't have that.  So what's the reason,

15 then?

16         Q.   How often do you see this

17 hematologist?

18         A.   Like every six months.

19         Q.   Okay.  So you see Dr. Binder every 90

20 days, the hematologist every six months?

21         A.   (Nodding head.)

22         Q.   Yes or no?

23         A.   Yes.

24         Q.   Sorry.  The head nods she can't pick

25 up on.

Jamal Murray vs Ohio Dept. of Rehab and Correction          Jamal Antonio Murray

1          A.    Okay, okay.  Yes.

2          Q.    And you saw an eye doctor at

3    University Hospital who told you to come back, but

4    you have not gone back?

5          A.    Because he told me that he couldn't

6    fix my eyesight, so what's my reason for coming

7    back there.

8          Q.    Did he tell you to come back?

9          A.    Yes, he did.

10         Q.    Okay.  How do you get to these

11   doctors' appointments?

12         A.    The bus.

13         Q.    The bus?

14         A.    (Nodding head.)

15         Q.    Where are you living now?

16         A.    Evanston in Cincinnati.

17         Q.    That's right.  You said that, I'm

18   sorry.

19               Who are you living with, anyone?

20         A.    Me, currently, right now, because my

21   girlfriend is going back home because her mother

22   is sick, but she's with me, but she's not there

23   now.

24         Q.    Is this girlfriend a different woman

25   from whom you were living with before?

Jamal Murray vs Ohio Dept. of Rehab and Correction                    Jamal Antonio Murray

89

1          A.    Yeah.   This is somebody who I met out

2    in Denver.

3          Q.    Okay.   Do your sons live with you?

4          A.    No.

5          Q.    Where do they live?

6          A.    With they mother.

7          Q.    Where?

8          A.    Downtown Cincinnati.

9          Q.    Okay.   How far is that from where

10   you're at?

11         A.    Mileage or time or how?

12         Q.    Time, how long does it take?

13         A.    If I get on a bus, about 25 minutes.

14         Q.    Okay.   Do you get on the bus to go

15   see them?

16         A.    No.   They come see me.

17         Q.    How often do they come see you?

18         A.    I would say like twice a month.

19         Q.    Is that something that's arranged or

20   why twice a month?

21         A.    Because, you know, like they have

22   school.  Like my oldest son, he works, and he

23   plays football, and he's got summer school, so his

24   schedule is consisting on what he have to do.  My

25   youngest son, he's a mama's boy, so he would

90
1  rather be with his mother.  And seeing how -- I
2  feel like they feel like that since I'm not able
3  to really go out and do things with them, they
4  don't want to be around me for real, but they love
5  me, but it's like they don't want to see me like
6  this.
7          Q.   Would you say your relationship with
8  them has changed since you've gotten out of prison
9  this last time?
10         A.   Yes, yes.
11         Q.   While you were in prison from 2010 to
12 2014, did you maintain a relationship with them?
13         A.   Yes.
14         Q.   Did they come see you?
15         A.   Yes.
16         Q.   How often?
17         A.   Well, they came to see me once, and
18 that was because my kids -- my kids' mother had
19 brought them up there.
20         Q.   Okay.  So they came to see you once
21 in the four years that you were most recently
22 incarcerated?
23         A.   Right.
24         Q.   Okay.  Do you call them on the phone?
25         A.   Yes.

Jamal Murray vs Ohio Dept. of Rehab and Correction          Jamal Antonio Murray

91

1        Q.    How often?

2        A.    Maybe once a week.

3        Q.    Okay.  You said that they don't like

4   being around or your relationship has changed?

5        A.    Um-hmm.  Because, to me -- I mean, to

6   them, I am boring, I'm boring for a normal

7   teenager, because I don't want to do nothing.  I

8   want to lay in the bed.  They want to go here and

9   go there.

10       Q.    Could you do things?

11       A.    I could if I pushed myself, but my

12  body hurts so much that I don't want to do

13  nothing.

14       Q.    When you say your body hurts, what do

15  you mean?

16       A.    Due to that stroke and the pain that

17  I had suffered, and it's still there.

18       Q.    So you don't feel motivated to do

19  things because your body hurts?

20       A.    Right.

21       Q.    Not because it's more difficult for

22  you to see?

23       A.    No, that, too, because like I don't

24  want to go to no football practice or nothing

25  because I don't even know where you at out there.

So that hurts, you know, not being able to see what my son is doing, see if he can catch the ball or see if he can run through tackles or whatever he's doing.

Q. You told me before that you could see shapes?

A. Yes, I can see shapes.

Q. So would you be able to see the shapes on the football field?

A. Yeah, that depends on if I'm down there on the field, but if I'm in the stadium, it's too far, so it's going to get more blurrier.

Q. But if you were close down right by the sidelines, would you be able to make out the shapes of what was going on in the game?

A. Yeah, yes, yes.

Q. Do you think it would mean a lot to your son if you were there?

A. It probably would, yes.

Q. Okay. But you choose not to go?

A. Yes.

Q. Okay. What about your younger son, is he involved in anything like that?

A. Well, he don't have to go to summer school. So he was going to school over in

Jamal Murray vs Ohio Dept. of Rehab and Correction          Jamal Antonio Murray

93

1    Kentucky, but he was running track.

2          Q.   When you say was, is that in the last

3    few years?

4          A.   No.  This is this past school year.

5          Q.   Okay.  Did you ever go to any of his

6    track meets?

7          A.   No.

8          Q.   Could you have?

9          A.   I'm pretty sure, yes.

10         Q.   Could you have taken the bus?

11         A.   I don't know my way to --

12         Q.   To Kentucky?

13         A.   Right.

14         Q.   But you could have gone?

15         A.   I could have got there, yes.

16         Q.   Okay.  But you chose not to?

17         A.   Yes.

18         Q.   Okay.  How long has your son been

19   playing football, your oldest son?  You said he's

20   17 now.

21         A.   He's been playing football since he

22   was like 14.

23         Q.   So that would have been five years,

24   so that was while you were incarcerated the most

25   recent time?

94

1    A. Yes.

2    Q. Okay.  Did he ever have any other --

3 like did he play Little League sports or anything

4 whenever he was much younger?

5    A. Yes.  Well, he had started playing

6 Little League.  He played for the Cincinnati

7 Eagles before he played football in -- before he

8 played football in regular school.

9    Q. Did you go to any of those games?

10    A. I was locked up.

11    Q. Okay.  I know you said that you went

12 to SSI.  Have you tried to -- or have you gotten

13 benefits?

14    A. Yes.  They gave it to me as soon as I

15 came out.

16    Q. In 2014?

17    A. After they sent me to they eye

18 doctor, they put me on SSI.

19    Q. Okay.  Before you went to get SSI,

20 did you ever think about seeking employment?

21    A. To do what?

22    Q. Get a job.

23    A. I know, but doing what?

24    Q. Well, I'm asking, did you ever try?

25    A. No, no.

95

1          Q.   Do you believe that you would be able

2    to hold down a job?

3          A.   No, no.

4          Q.   Why?

5          A.   Doing what?  I can't stand on my feet

6    very long.  I can barely see.  So doing what?

7          Q.   Okay.  So due to the physical effects

8    of your stroke, it would be difficult for you to

9    work?

10         A.   And my eyesight, yes.

11         Q.   But not solely because of your

12   eyesight?

13         A.   Not what?

14         Q.   Not solely because of your eyesight?

15         A.   I don't understand what you're

16   saying.

17         Q.   That it's a combination of the

18   physical effects from your stroke and your

19   diminished eyesight that makes you believe that

20   you would be unable to work; is that accurate?

21         A.   Right, meaning that -- meaning

22   because of my eyesight and because of my physical,

23   that's the reason why I believe that I can't work.

24         Q.   Together?

25         A.   Yes.

Jamal Murray vs Ohio Dept. of Rehab and Correction          Jamal Antonio Murray

96

 1          Q.    Okay.  But you've never tried to find
 2   a job?
 3          A.    No.
 4          Q.    Okay.
 5          A.    Because I do know.
 6          Q.    And you got disability pretty much as
 7   soon as you got out of prison?
 8          A.    Yes, yes, and I'm still on it.
 9          Q.    So you're able to support yourself
10   through that?
11          A.    Somewhat.
12          Q.    What do you mean by somewhat?
13          A.    Because if I'm cooking on the stove,
14   I have to be so close to the skillet, so I might
15   get popped.  So I have to turn it all the way -- I
16   have to cook things longer.  I won't put it on
17   high.  I will put it on low, so, therefore, I
18   don't get grease popped out on me or whatever.
19          Q.    But you're still able to cook for
20   yourself?
21          A.    Yes.
22          Q.    Okay.  And you indicated that you can
23   take the bus places?
24          A.    Yes, that's because now the bus, it
25   speaks, like the bus speaks now, so the bus --

Jamal Murray vs Ohio Dept. of Rehab and Correction          Jamal Antonio Murray

97

1   like the bus tells you where you at.

2          Q.   Okay.

3          A.   Since I'm from Cincinnati and the

4   places that I go, I kind of know where they at, so

5   if the bus telling me you on William Howard Taft

6   or wherever I'm at, that bus speaks to you now.

7          Q.   Okay.

8          A.   And if I need help, I just ask the

9   bus driver can you let me off at this stop.

10              MS. BOYD:  Take a very quick break.

11              MR. KLINGLER:  Sure.

12              (Brief recess.)

13  BY MS. BOYD:

14          Q.   Mr. Murray, since you were released

15  from prison in 2014, have you attempted to enroll

16  in any GED classes?

17          A.   No.

18          Q.   Okay.  Have you had to make any

19  improvements or changes to your home?

20          A.   I just have everything where I know

21  where everything is at, so that's the change,

22  yeah, to put everything where I know where it's

23  at.

24          Q.   Do you need any assistance to get

25  around because of your vision, such as a cane or a

98

1    seeing eye dog or anything like that?

2          A.   I use my cane, but -- that one I do,

3    but when I had went to -- since I've been home, I

4    went to -- it's called the blind association, and

5    they had wanted me to use the walking cane,

6    because when I walk, I normally look down so I

7    don't trip, but they want me to learn how to walk

8    with my head up and use that cane.

9          Q.   Okay.

10         A.   But like I told them, like I don't

11   want this because I feel like people -- when

12   certain people see certain things like that, they

13   try to take -- they try to take advantage over

14   you.  So if somebody trying to take advantage of

15   me because I got this cane, I'm going to try to

16   hit them with it, just keeping it real, so I don't

17   want it.  Then, they asked me about public places,

18   and, well, yeah, I can use it in public, yes, I

19   can, but stuff happens in public places.  So I

20   don't want nobody to look at me like I can't

21   defend myself, because if I had this cane and if

22   somebody trying on me, I am going to swing it.

23         Q.   When you say cane, you mean the

24   walking stick with the tip on it?

25         A.   Right.  So I just got my own type of

Jamal Murray vs Ohio Dept. of Rehab and Correction          Jamal Antonio Murray

1  cane.

2          Q.   And is that cane to assist you with

3  walking because of your stroke?

4          A.   Yes.

5          Q.   Okay.  Because you said that you --

6  I'm sorry, go ahead.

7          A.   Oh, because I use it for distance, I

8  use it for distance, because like I can walk down

9  the street, and the longer I walk, the more my leg

10  hurts, but a short distance, it don't really

11  bother me, but long distance, that's what bothers

12  me.

13          Q.   So for short distances, do you need

14  your cane?

15          A.   No, like walking from here to there

16  or the bathroom, no, no.

17          Q.   You can see your way if you just look

18  down at the floor?

19          A.   You know what, that's a good

20  question, because it's like I just use that so I

21  don't trip because I don't want to trip over

22  nothing.  Like if I can see regular, then, it

23  would be different because when you can see

24  everything, like when you can see down and up and

25  straight at the same time, then, that's different.

Jamal Murray vs Ohio Dept. of Rehab and Correction          Jamal Antonio Murray

100
1   But I have to put my focus on how I can see it.
2   Like do that make sense to you?
3          Q.   Well, let me ask further.  So normal,
4   you're saying if you could see normal, you would
5   be able to see down, up, and straight at the same
6   time?
7          A.   Right.  You would be able to actually
8   really see.  I mean, it's just different for me
9   now.  I just kind of like walk with my head down.
10         Q.   Why do you do that?
11         A.   Because it helps me to get to where
12  I'm going, I guess.  I don't know.
13         Q.   What part of the down, up, and
14  straight can't you see?
15         A.   Everything is blurry.  Nothing is
16  clear to me unless it's like this.  (Indicating.)
17         Q.   Okay.  And you're holding that cup
18  about 6 or 8 inches from your face?
19         A.   Yes.  (Indicating.)  But now, I can't
20  see this writing.  Just like I was explaining to
21  this lady right here, when I use my phone, it's
22  pretty cool because -- (indicating).  So I can be
23  able to see certain things, that's how I use that.
24         Q.   Okay.
25         A.   Or I can put it on the talk-back, but

Jamal Murray vs Ohio Dept. of Rehab and Correction          Jamal Antonio Murray

101

1   I can't stand that because it's the lady and say

2   you press 2, and I just don't like that.

3          Q.   Don't like the voice?

4          A.   I'd rather do it for myself.

5          Q.   You just showed me on your phone how

6   you can enlarge things on your phone so you can

7   see things on your phone?

8          A.   Right.

9          Q.   So are you able to use your phone

10  just like anyone else would be able to by

11  enlarging it?

12         A.   Yes.

13         Q.   Okay.  Aside from your phone and your

14  cane that you use to help you walk since you get

15  tired from the stroke, is there anything else that

16  you do differently than you did before you went to

17  prison?

18         A.   I can't run, I know that.  That I do

19  different?  Well, I do need help washing because

20  that's hard for me.

21         Q.   Why is that hard for you?

22         A.   Because, you know, now you got these

23  new machines where you can use a card and type in,

24  you've got to type in, that's hard.  Like it's

25  like you put the money on a card.  Like if I was

Jamal Murray vs Ohio Dept. of Rehab and Correction          Jamal Antonio Murray

102

1  to go to the Laundromat, I'd have to take somebody

2  with me, because you have to put money on the

3  card, and you put the card in the machine, and

4  whatever they do or whatever.  I don't know how to

5  do it.

6          Q.   Okay.  It's different than before you

7  went to prison?

8          A.   Right.  Before I went to prison, you

9  just put coins in it.

10          Q.   You said that you have SSI?

11          A.   Um-hmm.

12          Q.   So have you had to pay anything out

13  of pocket for any of your medical or eye expenses?

14          A.   No.  The Medicaid -- before I left

15  prison, I don't know how it happened, but I was on

16  Medicaid.  I didn't know how, because when I came

17  home from prison, I called signing up for it, but

18  they told me I was already on it.  I didn't sign

19  me up for it, so I guess the prison had signed me

20  up for it.

21          MS. BOYD:  All right.  Maureen, any

22  questions?

23          MS. YUHAS:  No, no.

24          MS. BOYD:  That's all of the

25  questions we have.  Mr. Klingler, we do have some

Jamal Murray vs Ohio Dept. of Rehab and Correction          Jamal Antonio Murray

103

1  medical releases that we're hoping Mr. Murray

2  would sign for some of the medical records that he

3  discussed.

4  　　　　　　MR. KLINGLER:  We can do that off the

5  record.  You're finished with your questions?

6  　　　　　　MS. BOYD:  We are finished.

7  　　　　　　MR. KLINGLER:  Jamal, I didn't tell

8  you this, but I'm going to ask you a few

9  questions, if that's okay, to clear a couple of

10  things up or to make sure some things are clear.

11  Is that all right?

12  　　　　　　THE WITNESS:  Um-hmm.

13  　　　　　　　　EXAMINATION

14  BY MR. KLINGLER:

15  　　　　Q.  All right.  So Ms. Boyd asked you if

16  you can use your phone just like anyone else, and

17  I think you said yes, if you magnify it.  Could

18  you -- can you read things on the phone?

19  　　　　A.  Yes, but it has to be big.

20  　　　　Q.  Can you just pull it out again and

21  just show us how you read something on the phone?

22  Like do you ever get text messages from anybody?

23  　　　　A.  Yes.

24  　　　　Q.  So maybe you could pull up a text

25  message or something and show us what you do to

Jamal Murray vs Ohio Dept. of Rehab and Correction          Jamal Antonio Murray

104

1   read a text message.

2          A.   As a matter of fact, that's my son

3   right here, he just texted me.  He said:  Good

4   morning, pops, I ain't forget about you, I

5   promise.  I just been very busy and tired.  I

6   ain't really had time to call or nothing like

7   write.  I'm in summer school.  I know that.  Then

8   right after this:  I got to go to work.

9          Q.   Okay.  That's D████?

10         A.   D████, yeah.

11         Q.   Yeah.  Okay.

12         A.   (Indicating.)

13         Q.   So that's how you read a text?

14         A.   Um-hmm.  Now, how do I respond?

15         Q.   Yeah.  How do you respond?

16         A.   I just speak it.  I know to go here

17  and I know to push this right here, I know to push

18  this.  So I just speak my text, and then after I

19  speak it, just to make sure that it's right, I

20  blow it up so I can read my text and make sure

21  that they have spelled everything right.

22         Q.   I've gotcha.  Okay.  So that takes a

23  little while I guess?

24         A.   Right.

25         Q.   Let me ask you about taking the bus.

105

1        A.   Like I say, well, it's only really
2   one bus that I really ride, and that's No. 4,
3   because it comes in front of my house.  But since
4   I kind of know my city and wherever I am going,
5   like I say, if I need help, I just ask the bus
6   driver.  Sometimes like the bus speaks, like it
7   tell you like Route 4 or whatever, so sometimes
8   the bus don't tell you every stop, so I have to
9   get up and go ask the bus driver like is we
10  getting close to this certain stop or did I pass
11  this certain stop.
12        Q.   When you're on the bus, can you see
13  enough of the buildings or the neighborhood or
14  whatever to know where you're at?
15        A.   Somewhat, somewhat, somewhat.  It all
16  depends on where I'm at.  Like if I'm riding
17  downtown or if I'm riding through Avondale,
18  certain neighborhoods, I just remember.
19        Q.   Because you've been there before?
20        A.   Right.  So like if I'm -- just say,
21  for instance, if I'm on Burnet, then, I know that
22  this is the hospital, this is University Hospital,
23  and I know next to it is Children's.  But farther
24  on down, they done switched up so much stuff, that
25  I know that this is Burnet, but I don't know these

Jamal Murray vs Ohio Dept. of Rehab and Correction                    Jamal Antonio Murray

106

1   stores, I don't know, because it's so much

2   switched up.

3         Q.   Coming from the street, could you

4   read like a sign on the building that says what it

5   is?

6         A.   Oh, if it's real big, yeah, yeah, if

7   it's real big.

8         Q.   Okay.  You said you've been to the

9   City of Cincinnati Association for the Blind and

10  they suggested that you have a walking cane or

11  something?

12        A.   Right.

13        Q.   Did they have any suggestions for

14  reading?

15        A.   Yes.  It's this machine, but it

16  costs.  I would say it's something like this,

17  (indicating), but, basically, all it is is like

18  how -- it's kind of like the same thing, like with

19  my -- basically, it's like this, like how my

20  screen in the back is darker than my numbers is

21  like.  (Indicating.)

22        Q.   Okay.

23        A.   But, see, anybody can remember 1, 2,

24  3, 4, 5, so that's easy, so that's how I know how

25  to use that, that's easy, but it makes me see it

Jamal Murray vs Ohio Dept. of Rehab and Correction               Jamal Antonio Murray

107

1   better.

2           Q.   That's what the machine was going to

3   do?

4           A.   Right.

5           Q.   Did you get the machine?

6           A.   Huh-uh.

7           Q.   Would the machine make it easier for

8   you to read?

9           A.   Yes, it would.

10          Q.   Why didn't you get it?

11          A.   Because it was a cost, it was a

12  price, and I didn't have it.  The Medicaid, they

13  wouldn't pay for that.

14          Q.   All right.  Can you watch TV?

15          A.   Up close, yeah, not laying in my bed.

16          Q.   Can you watch football games on TV?

17          A.   Yes, up close, if I'm sitting in

18  front of the TV like this and if it's a big TV

19  like the one I got at my house.  I have to sit at

20  the edge of my bed to watch it.

21          Q.   Like how close do you have to be to

22  the screen, if you could show us with your hands

23  or with something else?

24          A.   (Indicating.)  I would say from right

25  here to like right here, I'd have to be like right

Jamal Murray vs Ohio Dept. of Rehab and Correction          Jamal Antonio Murray

108

```
 1  there watching it.  But, you know, like how like
 2  seeing the score, I would have to get up on the TV
 3  and then look at it like real close, like this and
 4  look at the score.  (Indicating.)  As far as like
 5  seeing them, I can see that, but I wouldn't be
 6  able to see they numbers on they jerseys or
 7  whatever, but I would be able to see them playing.
 8  Like if I really wanted to see them like kick the
 9  ball or something like that, I would have to be up
10  on it like this to actually see it like that.  But
11  if the TV is right there, I can pretty much see
12  what I need to see from that angle.
13          Q.  All right.  You said something about
14  cooking earlier or you answered some questions
15  about cooking.  Has anybody ever told you that
16  they thought it was dangerous for you to cook?
17          A.  It is because -- yeah, yeah.
18          Q.  Who told you that?
19          A.  My mom, my girlfriend, they tell me
20  that I should get a home provider, but I just --
21  you know, I just try to do it on my own.  Like,
22  you know, I use my microwave.  I was taught how to
23  use it, so I know how to use it.  But with like
24  using the stove, that's dangerous because I done
25  been popped a few times, but I just do it.
```

Jamal Murray vs Ohio Dept. of Rehab and Correction                Jamal Antonio Murray

109

1        Q.   Did anybody ever find some dangerous

2   situation with your stove when they were with you?

3        A.   Oh, yeah.  It was real, real smokey

4   because I had dropped some -- I had dropped some

5   grease in the top, on top, yeah.

6        Q.   And it got real smokey, and did it

7   catch on fire or something?

8        A.   And I had caught myself using water,

9   but they had told me next time if that was to

10  happen to use soap.  I didn't know that.  I caught

11  myself putting it out with water, but I got it

12  out, though.

13       Q.   How often do you go out by yourself

14  to do anything?

15       A.   I walk to the store, and the store

16  is, you know, across the street.

17       Q.   Okay.  Where else do you go by

18  yourself?

19       A.   Nowhere.  I go to the store, but

20  that's close.  I came down here by myself, but

21  pretty much, I just be in the house pretty much.

22  I don't really have too many friends no more,

23  which don't bother me one bit.

24            MR. KLINGLER:  All right.  That's all

25  I've got.  Thanks.

Jamal Murray vs Ohio Dept. of Rehab and Correction       Jamal Antonio Murray

110

1          MS. BOYD:  No, we don't have any

2  follow-up.  We just note that we would reserve the

3  right to get further clarification from the judge

4  on the order, if we determine that that would be

5  appropriate, and continue the deposition, if

6  necessary, but as of right now, we are good to go

7  aside from, of course, eliciting more of the

8  medical information that we talked about to get

9  the releases done.

10          MR. KLINGLER:  All right.  We can

11  talk about that and go off the record, then, I

12  guess.

13          MS. BOYD:  Okay.

14          MR. KLINGLER:  If it's transcribed,

15  we'll take signature.

16          (Thereupon, the deposition was

17  concluded at 12:33 p.m.)

18              *   *   *

19

20

21

22

23

24

25

Jamal Murray vs Ohio Dept. of Rehab and Correction                    Jamal Antonio Murray

111

1

2          I, JAMAL ANTONIO MURRAY, do hereby

3    certify that the foregoing is a true and accurate

4    transcription of my testimony.

5

6

7

8                _____

9          Dated_____

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   Job: 180615LMCY

Mike Mobley Reporting  |  800.894.4327  |  www.MobleyReporting.com
Cincinnati  -  Columbus  -  Dayton

Jamal Murray vs Ohio Dept. of Rehab and Correction          Jamal Antonio Murray

112

1  STATE OF OHIO          )

2  COUNTY OF MONTGOMERY  )   SS:  CERTIFICATE

3           I, Lisa M. Conley Yungblut, a Notary

4  Public within and for the State of Ohio, duly

5  commissioned and qualified,

6           DO HEREBY CERTIFY that the

7  above-named, JAMAL ANTONIO MURRAY, was by me first

8  duly sworn to testify the truth, the whole truth

9  and nothing but the truth.

10           Said testimony was reduced to writing

11  by me stenographically in the presence of the

12  witness and thereafter reduced to typewriting.

13           I FURTHER CERTIFY that I am not a

14  relative or Attorney of either party, in any

15  manner interested in the event of this action, nor

16  am I, or the court reporting firm with which I am

17  affiliated, under a contract as defined in Civil

18  Rule 28(D).

19

20

21

22

23

24

25

Jamal Murray vs Ohio Dept. of Rehab and Correction        Jamal Antonio Murray

113

1          IN WITNESS WHEREOF, I have hereunto set my

2     hand and seal of office at Dayton, Ohio, on this

3     25th day of June, 2018.

4

5                         LISA M. CONLEY YUNGBLUT, RMR, CRR

6                         NOTARY PUBLIC, STATE OF OHIO

7                         My commission expires 7-28-2019

Jamal Murray vs Ohio Dept. of Rehab and Correction                    Jamal Antonio Murray

**Exhibits**

**J. Murray Exh 1** 2:6
73:12,13,17

**J. Murray Exh 2** 2:9
75:3,4,7

**0**

**04** 24:9

**07** 27:19

**08** 29:11,12 30:1

**09** 37:11,12

**1**

**1** 73:13,17 106:23

**1.25** 74:25

**1.5** 75:1

**10/9/82** 7:11

**11th** 74:24

**12:33 p.m** 110:17

**13** 8:1

**14** 74:20 93:22

**16** 15:18

**17** 8:1 9:13 14:5 31:13
93:20

**18** 10:15,16,24 11:1,6
13:12 15:18 17:11 21:5

**19** 17:7

**1982** 7:14

**1:00** 44:9

**2**

**2** 75:4,7 101:2 106:23

**20** 16:21 17:7 19:2,12

**20/20** 16:17,18 23:16 39:4
70:17

**2000** 10:25 11:1,3 24:17
74:19

**2001** 10:23 11:8 13:8,24
14:2,7,12 15:22 16:13,16
20:23 22:9

**2002** 14:7,13 15:22 16:21
18:19,22,25 19:2,12 20:20
22:9,24

**2005** 18:22,25 19:2,12,24
20:21,23 21:17 22:2,24
23:4

**2006** 21:17 22:2 23:4,19,
22 24:22 28:21

**2007** 21:11 25:16 26:5,10
27:3,5,6

**2008** 26:24 27:20 28:21
29:1 30:18 35:1,10

**2009** 29:23 30:10

**2010** 38:6,14 39:15 40:18
45:25 46:14 61:20 90:11

**2011** 48:20 51:25 53:7,23,
24 54:4 61:14

**2012** 39:22 55:8 62:22,24
63:23 64:5,7 66:20,23,25
68:2 69:2,10 76:15 77:2,4,
8

**2013** 71:19,20 72:19 73:13
74:11 76:15 77:2

**2014** 39:13,15 40:18
74:17,24 76:6 77:8 78:16
80:14 85:24 90:12 94:16
97:15

**2015** 81:15,24 82:20 83:15

**20s** 10:16

**22** 19:3 20:3

**23** 19:3,13

**24** 9:17 23:19

**25** 9:17 89:13

**28th** 54:3

**3**

**3** 106:24

**36** 7:14,16

**4**

**4** 32:22,25 45:11 72:20,23
74:5 105:2,7 106:24

**5**

**5** 32:22,25 53:19 106:24

**50** 33:2

**6**

**6** 100:18

**6/11/2014** 75:4

**60** 55:20

**7**

**7th** 80:14

**8**

**8** 100:18

**84** 55:22

**9**

**9** 21:6

**90** 83:22 84:2 87:19

**A**

**abilities** 56:2 60:12

**ability** 6:17,23

**accompanied** 56:2 60:13

**accurate** 52:15 66:22
70:4 74:9 95:20

**acted** 62:13

**add** 20:7

**added** 21:4

**addition** 86:9

**additional** 83:23

**address** 8:6 42:14

**addressed** 15:23 23:4

**addressing** 41:17 85:1

**adequate** 40:21 41:6

**admitted** 48:19

**advantage** 98:13,14

**advise** 67:12

**affect** 6:17,21,23 80:7

**affiliated** 84:10,12

**afoul** 41:23

**age** 4:2 9:16 10:14 13:10,
11 14:16 15:18 19:2 20:4

**ages** 7:25 15:17

**aggravated** 36:19,20

**ahead** 50:11 78:23 99:6

**alcohol** 7:3

**allegations** 56:1 60:11

**allege** 57:20

**allegedly** 57:22 58:10

**alleges** 40:1

**alleging** 40:24 57:16
59:16

**allowed** 65:14 71:1

**allowing** 41:13 56:15
57:10

**amount** 54:17

**aneurysm** 62:20

**angle** 108:12

**answering** 5:5 6:2,4

**answers** 5:9 7:2

**Antonio** 4:1,11

**anymore** 56:22

**apologize** 28:2 29:20
46:7

**appointment** 43:22 44:2,
3,6,9 54:3

**appointments** 88:11

**April** 27:19 48:20

**area** 8:11

**areas** 56:21

**argue** 59:2

**arranged** 89:19

**ascertaining** 59:14

**aspirin** 34:12,13,15 85:8,
18

**assault** 30:15 36:19

**assess** 83:12

**assessed** 69:3 70:15

**assist** 59:13 99:2

**assistance** 69:10,18,22
97:24

**association** 98:4 106:9

**attack** 29:2,5 30:17 31:4,8
33:8 34:5 35:1 36:6 38:18
46:1

**attempted** 97:15

**attention** 56:4 60:15
62:11 63:9

**attorney** 4:13,20 75:8

**audibly** 5:13

**August** 71:19,20 72:19
73:13 74:10

**Avondale** 105:17

**aware** 73:2

**B**

**back** 17:20 19:25 20:9
22:23 27:2,4,22 29:7,10,
14,21 30:5,17 32:7 33:19,
22 35:13,14,18 37:3,9,19
38:1 40:1 48:23 49:4 51:6
64:7,11 68:10 81:17,18
82:1 83:8 88:3,4,7,8,21
106:20

**background** 11:20 56:18

Jamal Murray vs Ohio Dept. of Rehab and Correction                    Jamal Antonio Murray

**Backing** 30:16

**baggy** 32:19

**bail** 30:1

**ball** 92:2 108:9

**barely** 95:6

**based** 58:7,8

**basically** 37:1 62:17 79:15 84:4 106:17,19

**basis** 33:17 54:24 55:10

**bathroom** 31:25 32:15 99:16

**bed** 91:8 107:15,20

**began** 28:13 49:6,9

**begin** 14:4 31:16

**beginning** 31:13 62:23 64:7

**believes** 41:19

**believing** 62:18

**Bender** 86:21

**benefits** 94:13

**big** 103:19 106:6,7 107:18

**Binder** 84:7,8,9 86:7,22, 23 87:1,19

**birth** 7:10

**birthday** 27:4

**bit** 12:7 56:18 74:4 109:23

**Biter** 84:8

**blind** 82:17 98:4 106:9

**blood** 16:9 45:9,14,22 46:17,21 47:10,21 48:12, 13,16,17 50:7,12,17,22 62:21 84:21 85:2,4 86:11, 12 87:5

**blow** 104:20

**blurrier** 92:12

**blurry** 66:14 70:2 100:15

**body** 91:12,14,19

**Boone** 27:17

**boring** 91:6

**born** 7:12 8:13 17:9,12 24:7,9,17

**bother** 99:11 109:23

**bothers** 99:11

**boy** 8:2 89:25

**Boyd** 4:6 5:19,22,23 11:24 12:3,12,13 41:12,17 42:12, 16,18 46:6 52:18 53:16,19, 21 54:10 56:24 57:9,19 58:3,13,22 59:4,12 60:4,9, 22 61:3,5,12,13 67:17

70:10 73:9,15,24 74:2,8 75:6,9,23 78:8,14,22 79:17 85:20 86:15 97:10,13 102:21,24 103:6,15 110:1, 13

**boys** 8:2,4

**brain** 62:21 67:19 68:16, 18 77:12

**break** 6:8,10 53:17,23 60:24 97:10

**briefly** 40:18

**bring** 18:9,12

**brother** 69:21

**brought** 56:4 60:15 90:19

**building** 106:4

**buildings** 105:13

**bunch** 46:2,3

**burglary** 36:20

**Burnet** 105:21,25

**bus** 88:12,13 89:13,14 93:10 96:23,24,25 97:1,5, 6,9 104:25 105:2,5,6,8,9, 12

**busy** 104:5

**butt** 31:21

**buy** 55:14,15

---

## C

**calf** 46:23 47:11 48:13

**call** 44:22 45:17 62:17 84:23 90:24 104:6

**called** 21:18,24 50:14 98:4 102:17

**calls** 41:9

**cane** 97:25 98:2,5,8,15,21, 23 99:1,2,14 101:14 106:10

**capabilities** 58:7

**capacity** 58:5

**car** 10:10,12,14,15 19:3,9 32:8

**card** 101:23,25 102:3

**care** 41:6 42:20 52:15,21, 22,25 53:3 54:11,12,18 55:10 57:5 80:14,17

**cars** 10:16,20

**case** 29:25 36:20 59:24 60:2 61:9

**cases** 36:25

**catch** 92:2 109:7

**caught** 27:6,9 29:25 32:14

109:8,10

**causation** 42:6 57:2,22, 25 58:19

**caused** 26:9 57:21

**cautious** 38:23

**cell** 44:23 45:2,6,8 49:1 62:3,10 66:2 69:14,21 70:1,12

**cellee** 62:3

**cent** 33:2

**center** 13:2,5 20:24 30:22 31:20,23 32:14 35:13,24 36:15 37:4,8 38:5 49:19 72:6,10

**certified** 4:3

**change** 68:22 97:21

**changed** 90:8 91:4

**charges** 36:18,23

**check** 16:4,9 38:25 50:14 63:25 70:20 84:21,22

**checked** 9:25 16:2 18:24 23:7 28:23 51:16,23 53:14, 21 61:19,21,22 72:8,15 78:2,11

**checking** 50:18,21 51:1, 12

**cheeks** 31:22 32:11

**chest** 29:6 30:18,20,21 36:12

**child** 24:6

**child's** 17:19 18:5 19:8 25:17

**children** 7:21 24:3 25:18

**Children's** 105:23

**cholesterol** 34:20,22

**choose** 92:20

**chose** 22:19 54:16 82:4 93:16

**chronologically** 21:13

**Cincinnati** 7:13 8:8,9,14 17:21 23:23 24:19 27:2 29:8,9,10,15 33:19,23 35:7,8 37:9,17,19,20 38:1 88:16 89:8 94:6 97:3 106:9

**Cincy** 81:11

**city** 105:4 106:9

**clarification** 110:3

**classes** 14:21,24 15:2,8, 14,15,19 22:4,9,17,25 28:17 39:18,21 40:3,6 97:16

**clear** 4:12 5:17 36:17 59:2, 7 60:16 78:15 81:23

100:16 103:9,10

**close** 8:8 71:10 78:24 92:13 96:14 105:10 107:15,17,21 108:3 109:20

**clot** 46:17,21 47:10 48:13 62:21

**clots** 85:2 87:5

**CO's** 62:10

**cocaine** 12:18 13:18,19 18:15 20:12 27:10,14 28:13,14 29:13,17 31:7,13, 14,17,21 32:10,21,25 33:8, 10,12,19

**coins** 102:9

**cold** 15:24

**Colorado** 25:3 26:5,10, 12,15,22,25 27:4,11,12,13 28:1,16 29:7,17 30:2,6,8, 14 33:25 36:21 37:3,12,16, 19 38:2 40:2,14

**combination** 95:17

**compact** 69:15

**complained** 60:17

**complaint** 41:5 54:22 55:9 59:16

**complete** 6:3 15:1 39:21

**completed** 8:20

**compliance** 41:15

**conceal** 33:13

**concluded** 110:17

**conclusion** 41:21

**conditions** 12:5

**conduct** 56:6

**conference** 56:11

**confirm** 73:5

**confuse** 21:14

**confused** 32:6

**confusion** 6:7

**considered** 52:4

**consisting** 89:24

**contact** 17:14

**continue** 22:25 46:12 47:24 56:8 59:1 63:23,25 110:5

**continued** 53:8

**continuing** 51:9

**continuous** 55:7

**continuously** 54:23

**control** 87:7,8

**conversation** 4:20 57:7

Jamal Murray vs Ohio Dept. of Rehab and Correction

Jamal Antonio Murray

**convicted** 13:8 20:19

**cook** 96:16,19 108:16

**cooking** 96:13 108:14,15

**cool** 100:22

**copy** 75:8

**correct** 11:2,8 19:25 26:6 29:2 39:8 40:22 46:8 53:25 67:3 78:17

**Corrections** 38:10

**COS** 44:4,22

**cost** 107:11

**costs** 106:16

**Coumadin** 47:17,18,22, 25 50:4,5,24 51:10 53:8, 11,24 63:23 67:6 77:24 85:21,23

**count** 11:2 20:9,10

**counts** 11:10

**County** 13:4

**couple** 19:19 47:20 103:9

**court** 4:17 5:4,10,15 6:3 56:24 58:20 60:6

**court's** 41:24 58:16 59:3

**crack** 12:18 13:18,19 18:15 20:12 27:10,14 28:13,14 29:13,17 31:21 32:10,16,21,25

**craft** 56:9

**CRC** 16:5 23:10 38:11,14 39:5 48:3,4,10,12,14 61:21

**criminal** 11:22

**CROSS-EXAMINATION** 4:5

**crying** 63:8

**cup** 100:17

**curious** 21:21

**D**

**damage** 58:6

**damages** 42:6,11 54:8,11, 13,17 55:12,13 58:7 59:15

**dangerous** 108:16,24 109:1

**darker** 106:20

**date** 7:9 59:21

**dated** 73:13 75:4

**day** 27:3 54:19 56:11 62:2 64:13 67:21 86:5

**day-to-day** 33:16 69:12

**days** 35:10,12 47:20 48:14

55:20 63:3 83:22 84:2 87:20

**Dayton** 14:11

**DCI** 14:8,11

**dealing** 26:17

**December** 27:6,19 54:3 69:2 80:14

**decided** 53:4

**decreasing** 65:19,22

**deep** 46:15

**defend** 98:21

**Defendant's** 73:12,17 75:3,7

**defendants** 40:20 55:19, 22,25 56:5 60:7,20

**deficiency** 52:5

**degree** 11:11,12 55:9

**demand** 56:3 58:6 59:15 60:14

**Denarius** 104:9,10

**Denver** 25:2,4,10,13,15 26:1 89:2

**Department** 38:10

**depends** 92:10 105:16

**deposed** 4:4

**deposition** 4:13,14,17,21 5:4 41:11 42:1 55:18 58:18 60:1 110:5,16

**depositions** 55:19 56:6

**description** 66:22

**details** 11:22 66:16

**deterioration** 58:10,12

**determine** 12:5 49:14 61:10 69:6 70:16,22 110:4

**determined** 49:16,23 50:2 80:25 82:16

**determining** 59:17

**diagnosed** 46:15 62:19

**Diamox** 67:8,13

**difference** 63:17 71:13

**differently** 101:16

**difficult** 69:25 91:21 95:8

**diligent** 51:15,17

**diminished** 95:19

**directed** 55:4

**directly** 65:2

**disability** 42:4 96:6

**disagree** 12:9 54:14 74:17

**discharged** 51:15

**discover** 58:3

**discoverable** 59:21

**discovered** 67:19

**discovery** 42:8 55:20 57:10,13,18 59:13 60:5

**discuss** 60:25 71:1,2

**discussed** 103:3

**discussing** 57:11

**discussions** 55:24 56:8

**dispositive** 56:9

**dispute** 76:7

**disputing** 77:18

**distance** 99:7,8,10,11

**distances** 99:13

**distributed** 35:24

**doctor** 6:22 18:21 42:25 43:15,18 45:21 52:11,12 54:3 63:1 64:20,21 65:7, 10,13 80:18,21,24 81:4,12, 24 82:8,10,11,13,14,19,24 83:1,3,16,21,22 84:1,6 86:8,11,12 88:2 94:18

**doctors** 41:4 71:3 82:7 86:9

**doctors'** 88:11

**document** 55:22 73:13 75:4

**dog** 98:1

**dollar** 33:3

**dose** 36:3

**doses** 50:23

**downtown** 89:8 105:17

**drag** 25:22

**draw** 45:21 50:17

**drawing** 48:17

**drawn** 45:10

**draws** 45:14

**drew** 48:12,16 50:6,12

**drive** 10:5,10,21

**driver** 97:9 105:6,9

**driver's** 10:7,10,17 19:6

**driving** 13:15 20:25

**dropped** 8:25 109:4

**drug** 11:14 12:4,14 20:10

**drugs** 7:3 11:11 12:6 13:23 14:1,4 18:13,14,16 20:10 26:22

**due** 55:24 91:16 95:7

**duly** 4:3

**E**

**Eagles** 94:7

**earlier** 38:18 65:9 67:25 77:22 108:14

**easier** 107:7

**easy** 106:24,25

**eat** 79:15

**edge** 107:20

**education** 8:19

**effects** 95:7,18

**eliciting** 110:7

**employees** 4:25

**employment** 33:24 94:20

**end** 47:2 56:3,4

**ends** 26:23

**engaging** 56:8

**enjoy** 19:16

**enlarge** 101:6

**enlarging** 101:11

**enroll** 97:15

**entered** 23:8 37:3 45:24 61:20 70:18

**entire** 54:24 77:5

**established** 20:3

**evaluated** 52:1

**Evanston** 8:7 88:16

**eventually** 64:20

**exam** 16:16 38:15

**EXAMINATION** 103:13

**examined** 4:3

**excuse** 26:8 72:1 86:23

**exhibit** 73:10,12,17 75:3,7

**existing** 55:24

**exists** 55:23

**expenses** 102:13

**experts** 57:1

**explain** 50:20 54:7 56:5

**explained** 36:16 55:25 60:7 65:9 67:20 69:24

**explaining** 100:20

**extent** 11:19 41:9 42:3 54:8,11,13 56:7,13,25 57:3,11,25 58:4,22 59:6,8, 11,21 60:3

**extradited** 37:10,12

Jamal Murray vs Ohio Dept. of Rehab and Correction                    Jamal Antonio Murray

**eye** 64:20,21 72:20 74:5, 25 75:1 80:18,21,24 81:4, 24 82:6,8,10,11,13,14,18, 24 83:1,3,16 86:9 88:2 94:17 98:1 102:13

**eyeglasses** 71:16

**eyes** 16:9

**eyesight** 39:23 64:19 65:6 76:5 81:2,16 88:6 95:10, 12,14,19,22

---

**F**

**face** 100:18

**faces** 78:19

**fact** 50:3 104:2

**factual** 56:1 60:11

**fail** 41:5

**failed** 40:20

**fair** 37:5

**familiar** 8:10

**farther** 105:23

**fast** 68:12

**features** 66:15

**February** 27:19 62:22 63:23 64:5

**feel** 36:5 80:6 85:3 90:2 91:18 98:11

**feet** 95:5

**fell** 62:4,6

**felonious** 30:15 36:19

**felony** 11:11,12

**felt** 30:18 65:18

**field** 92:9,11

**figure** 87:3

**file** 31:6

**filed** 4:25 30:3 37:16 82:21

**fill** 42:24 43:11

**filled** 65:10

**filling** 63:4

**find** 25:25 33:23 96:1 109:1

**fine** 15:7 61:2

**finish** 6:2

**finished** 103:5,6

**fire** 109:7

**fishing** 19:18

**fix** 88:6

**floor** 62:8 99:18

**fluid** 64:22

**flush** 32:16

**flushed** 32:1,3,5

**FMC** 48:24 49:1,4,17 50:9, 25 51:3,15 52:25 53:4

**focus** 100:1

**folks** 60:2

**follow** 83:11

**follow-up** 35:15,18 81:19 82:2 83:9 84:23 110:2

**football** 19:23 89:23 91:24 92:9 93:19,21 94:7,8 107:16

**forget** 104:4

**form** 42:24 52:17 70:8 73:4 78:20 79:12

**formal** 18:9

**forms** 43:3,8,12

**fourth** 11:12 40:5

**Franklin** 49:19

**friends** 109:22

**front** 105:3 107:18

**full** 4:10 16:6,10 58:18 60:1

**fun** 19:12

---

**G**

**game** 40:9 92:15

**games** 94:9 107:16

**gave** 21:3,5 72:17 74:13 79:8 94:14

**GED** 14:21,24 15:1,5,16 22:5,8,17,22 23:1 28:17 39:17,21 40:3,6 97:16

**General** 9:10,15

**generally** 17:21 19:15 41:3 42:19

**girl** 8:2

**girlfriend** 88:21,24 108:19

**girls** 8:3

**give** 7:2 16:6,10 43:19 47:12 49:24 72:24,25 83:4

**gladiator** 21:19,22

**glass** 71:7,14

**glasses** 9:20 71:5,9,12, 14,18,21 72:17,25 74:13 75:25 76:6,10,12,13,15,18, 25 77:5 79:4,8

**good** 4:7,8 6:10 17:23 21:23 55:23 61:16,17 99:19 104:3 110:6

**gotcha** 7:16 10:23 13:7 17:13 21:7 22:23 27:24 37:2 38:4 104:22

**grade** 8:19,22,24 15:18

**graduate** 8:17,22

**grams** 32:22,25

**granted** 60:6

**granting** 55:17

**grease** 96:18 109:5

**grocery** 9:5,8

**grow** 8:14

**guess** 47:21 63:13 68:14 75:11 84:23 100:12 102:19 104:23 110:12

**guilty** 11:15 12:6,15 13:18

**guys** 72:7

---

**H**

**halfway** 73:20

**Hamilton** 13:4

**hand** 74:22

**handing** 73:16 75:7

**hands** 32:24 107:22

**happen** 109:10

**happened** 29:8 31:19 47:8 64:17 102:15

**hard** 101:20,21,24

**Hardee's** 9:10,13

**head** 5:13,20 13:22 16:19 24:25 26:21 33:6 39:9 72:18 76:22 87:21,24 88:14 98:8 100:9

**headache** 15:24 63:16, 18,21

**headaches** 36:10 63:14, 15 68:10

**health** 42:23 43:24 65:11 84:20

**hearing** 30:6 62:12

**heart** 29:1,5 30:17 31:4,8 33:8 34:5,6 35:1 36:6 38:18 46:1 86:19

**heartbeat** 84:22

**held** 37:22,24 38:2,5

**helpful** 6:2

**helping** 75:10

**helps** 100:11

**hema** 86:12

**hematologist** 86:13,25 87:2,17,20

**hematologist's** 86:16

**hematology** 52:1

**hereditary** 52:5

**hereinafter** 4:3

**high** 8:17,23 9:1 34:20,22 96:17

**highest** 8:19

**history** 11:22

**hit** 98:16

**hold** 5:16 38:9 75:18 95:2

**holder** 30:1

**holding** 100:17

**home** 24:13 80:19 82:22 87:13 88:21 97:19 98:3 102:17 108:20

**hoping** 103:1

**hospital** 30:24 35:5,15 47:7,9,24 48:20,23 49:4, 15,20,21,22 52:8 53:4 62:19 63:22 64:4,11,13,14 68:11 80:1 81:9,10,13,24 82:12 83:1 84:11,12,13,15 88:3 105:22

**hour** 56:17

**house** 86:18 105:3 107:19 109:21

**How's** 61:3

**Howard** 97:5

**HSR** 63:1

**Huh-uh** 107:6

**huh-uhs** 5:13

**hurting** 47:5 63:5

**hurts** 91:12,14,19 92:1 99:10

**Hyde** 40:25 64:18,24 66:25

---

**I**

**identification** 73:14 75:5

**impairment** 55:22 56:14 57:15,21 59:7,8,11,22

**importance** 51:23 53:11 77:23 78:1

**important** 51:20,21 58:9, 15

**improved** 64:10

**improvements** 97:19

**inaccurate** 77:16

**inadequate** 41:19

**incarcerated** 11:5 21:8 29:16 90:22 93:24

---

Jamal Murray vs Ohio Dept. of Rehab and Correction

Jamal Antonio Murray

incarceration 40:17 57:12 59:10

inches 100:18

income 18:9,12

increased 54:21

independence 69:7

independent 79:11

indicating 33:1 73:4,22, 25 74:6 75:12 100:16,19, 22 104:12 106:17,21 107:24 108:4

infirmary 43:5 44:13,14, 24 45:13 47:4 49:11 62:14 63:4 65:3

influence 7:3

inform 64:25

information 11:20 41:23, 25 56:18 110:8

informed 31:3 53:10 64:24

injuries 56:7 57:1,3,4,11, 12,14,23,25 58:4,22,23

injury 56:20 57:16

inmates 49:2

inquiry 55:21 56:15,25 58:15 60:23

INR 50:15,18,21,23 51:1, 12,23 53:13,24 78:2,10

INRS 51:16 63:25

instance 105:21

institution 16:8 33:14

instruct 54:9,15 67:16

instructions 83:4

intend 11:25

intent 56:13

interpret 59:5

investigate 56:6 57:10 58:9

involved 26:2 59:14 92:23

Island 19:19

issue 56:14 58:19 59:6

issues 15:23 18:19 23:3 28:19

**J**

jail 17:12 26:7,8,10

Jamal 4:1,11 103:7

January 27:19 55:8

jerseys 108:6

job 9:2 17:24 18:3,6,9 24:21,24 25:6 34:3 94:22 95:2 96:2

judge 55:19 56:11,23 110:3

judge's 41:16 54:6 55:16 59:20

July 27:5 51:25

June 74:16,24 76:6

justice 13:1,5 20:24 30:22 31:19,23 32:13 35:13,24 36:15 37:4,8 38:5

**K**

keeping 98:16

KENNEDY 54:16 55:6

Kentucky 93:1,12

kick 108:8

kid 9:19 10:1

kids 17:1,3 19:17 90:18

kids' 16:25 24:2 27:3 90:18

kind 9:2 18:10,14 19:11, 15,22 21:4 33:24 34:9 58:1 97:4 100:9 105:4 106:18

King's 19:18

Kingler 75:9

kitchen 40:12

Klingler 5:16,21 11:17 12:1,9 41:7,14 42:2,15 46:4 52:17 53:18 54:5,14 55:2,14 57:8,15,24 58:11, 17,25 59:5,19 60:7,11 61:2,4,11 67:15 70:8 73:22,25 74:6 75:11,15,20 78:6,12,20 79:12 85:12,15 86:13 97:11 102:25 103:4, 7,14 109:24 110:10,14

knew 48:16 62:13 63:20

knowing 58:4

**L**

lab 71:24 72:3 74:16

lady 100:21 101:1

laid 62:8

large 58:5

late 59:21

Laundromat 102:1

law 29:14

lawful 4:2

lawsuit 4:25 40:19

lay 91:8

laying 107:15

lead 41:25 57:20

leading 57:13

League 94:3,6

learn 10:5 98:7

learning 52:3

leave 44:10,23

Lebanon 39:6,11 40:22 48:5,10,15 51:1,6 52:9,12, 23 53:1 64:8,12,21 71:3 79:21,23

led 12:4

left 75:1 102:14

leg 47:5 48:20,25 49:6,8 80:6 99:9

legal 41:9,20

letting 63:5

level 47:21 50:22,23 51:1, 12 55:21 56:2 58:15 60:12, 13 69:6 80:22

levels 51:23 53:13,24 78:2,10 81:1

liability 42:5

license 10:7,10,18 13:16 19:6 20:25

lied 62:2

life 25:12 85:5 86:6

limited 58:23

lisinopril 85:8,17

list 15:10,12,13 22:12 65:7 85:9

live 8:5 16:23 17:1 23:21, 24 24:1,3,26:1 89:3,5

lived 24:18

living 17:18 88:15,19,25

locked 27:6,18 35:16 55:5 94:10

long 15:4,13 22:14 51:3 89:12 93:18 95:6 99:11

longer 60:19 96:16 99:9

losing 39:23 64:17,19,25

loss 11:19

lot 42:7 52:14 56:21 92:17

love 90:4

Lovenox 47:19 86:2,3

low 87:12 96:17

lunch 60:24

**M**

machine 102:3 106:15 107:2,5,7

machines 101:23

made 24:11 58:1

magnify 103:17

magnifying 71:6,9,14 74:14 76:12

maintain 90:12

major 15:22,25 23:3

make 5:10 6:4 25:24 26:23 36:17 60:16 62:15,16 70:11 78:19,23 92:14 97:18 100:2 103:10 104:19,20 107:7

makes 7:14 25:25 95:19 16:25

making 51:16

mama's 89:25

manage 84:19

mandatory 14:17 22:21 39:17

March 25:16 27:19

marked 73:13,17 75:4

married 7:17,19

mate 62:3,10

matter 50:3 104:2

Maureen 102:21

meaning 76:5 95:21

med 44:22

Medicaid 80:16 102:14,16 107:12

medical 12:4 15:22 18:18 23:3 28:19 31:6 40:21 41:4,6,9,21 42:20 49:10,19 54:11 55:10 60:16 63:4 71:2 72:10 80:14 102:13 103:1,2 110:8

medication 6:16 34:8,10, 17,18,25 47:12,15 63:15 67:21 84:4,19

medications 35:23 44:18 45:3,5 46:2,8,11 78:5 84:24,25 85:7

medicine 6:20 44:25 48:18 49:2 50:2,4,13 84:20

medicines 85:14

meet 26:23

meets 93:6

memory 6:24

Jamal Murray vs Ohio Dept. of Rehab and Correction

Jamal Antonio Murray

mention 44:22

mentioned 77:22 85:6 86:10 87:12

mentioning 52:13

mess 26:17

message 103:25 104:1

messages 103:22

met 89:1

metoprolol 85:8,18

Michael 84:7

microwave 108:22

middle 29:11

migraine 63:12,17

Mileage 89:11

mind 4:9 5:12 7:9 75:10

minute 11:18

minutes 53:19 89:13

mischaracterizes 46:5

mitigated 21:6

modify 55:23

mom 108:19

money 25:21 101:25 102:2

monitored 48:2,10

month 37:11 48:22 55:8 68:6 71:23 82:23 89:18,20

months 12:23 17:7 20:16, 24 21:5,6 27:7,18 87:18,20

morning 4:7,8 45:12 104:4

mother 16:25 17:15,19 18:5 19:8 24:2 25:17 88:21 89:6 90:1,18

mother's 27:3,4 69:21

motion 56:9 60:6

motivated 91:18

move 42:12 55:20 60:23

moving 68:12

multiple 21:2

Murray 4:1,7,11 12:14 56:16 57:4 62:15 97:14 103:1

Murray's 56:14

myriad 55:25

___

**N**

narcotics 45:8

needed 38:23 43:10

49:15,16,23 53:4 62:4 63:9 65:4 67:20 72:8

needing 71:10

neighborhood 105:13

neighborhoods 105:18

nerves 64:23

nickname 21:19,21

ninth 8:21,22,23 15:18

nod 5:20

nodding 16:19 26:21 33:6 39:9 72:18 87:21 88:14

nods 5:14 87:24

normal 36:7 63:16 91:6 100:3,4

notation 75:2

note 16:12 38:17,19 110:2

notified 44:3 49:7

notify 46:24 49:8

numbers 106:20 108:6

nurse 42:25 43:11,16,21 45:15,17 62:15 63:1 65:4, 7,10,12

nurses 45:16 62:11

___

**O**

oath 5:6

object 41:8 46:4 52:17 70:8 78:20 79:12

objection 11:18 41:13 54:6 67:15 78:6,12

objects 70:11

occasion 44:15

occasions 77:23

occur 52:7

occurred 58:10,12 59:9

ODRC 38:6

offenses 13:9 20:20

offhand 85:16 86:17

Ohio 5:1 7:13 25:11 29:21 30:3,7,8,10,13 38:10 42:21 43:7 52:12 71:24 72:2 81:6,8

oldest 24:11 89:22 93:19

ongoing 55:7

onset 29:4

open 59:25

ophthalmologist 77:19

opining 57:2

opinion 41:10,22

opposed 5:19 58:8

optic 64:23

optical 71:24 72:3 74:16

optometrist 77:19

order 41:16,24 54:7 55:16, 17,20,24 56:7 57:9 58:16, 24 59:3,20 110:4

ordered 56:10,23 58:21 67:14

ORW 72:2,6

OSU 53:3 67:13,18 70:20, 21,24 71:1

overlapped 30:12,14

overlaps 30:8

___

**P**

pain 29:6 36:12 46:22,25 54:18,21,25 55:4,7 59:9,16 60:17 62:9 63:11,15,20 91:16

pains 30:18,20,21

pair 75:25

paper 73:11 86:18

parent 16:8

parole 30:6

part 22:15 55:12 58:5 100:13

partially 82:17

particulars 11:25 26:9

pass 44:12,14,16 105:10

past 8:23 93:4

pay 102:12 107:13

penitentiary 12:24 30:4 37:18 49:5

people 98:11,12

people's 78:19

Perfect 23:15

period 37:8

permitting 56:25

persists 54:19

personnel 41:4

phone 56:11 57:7 90:24 100:21 101:5,6,7,9,13 103:16,18,21

physical 16:6,7,10,12 38:15 69:3,5 95:7,18,22

physicals 16:7

physician 54:20,23,25

pick 79:14 87:24

Pickaway 39:11 76:1,11 79:20,22,24 80:4

picks 69:15

piece 33:3 86:18

pill 63:13

place 26:1 86:1

places 48:7 96:23 97:4 98:17,19

Plaintiff 4:2

plaintiff's 55:21 56:1,7 60:12

plan 25:2,4

planning 25:9

play 94:3

played 94:6,7,8

playing 93:19,21 94:5 108:7

plays 89:23

pocket 85:9 102:13

point 16:21 17:4 20:2,8 22:7 24:7 27:1 28:12 30:10 31:16 39:3 41:18 43:6 48:4 57:5 58:1,10,12 59:25 60:4,25 61:6 73:21 77:7 78:4,9

police 32:8

popped 96:15,18 108:25

pops 104:4

pores 32:18

possessing 11:15 12:6, 15 13:18

possession 11:11 20:9 27:9 29:13,17

posted 30:1

practice 82:15 84:11 91:24

practitioner 43:1

prescribe 84:25

prescription 70:23 71:16 72:25 74:5,25 75:1 76:4 77:15

press 101:2

pressure 84:21

pretty 10:2,3 37:4 59:2,7 60:15 93:9 96:6 100:22 108:11 109:21

price 107:12

printed 55:16

prior 13:7,11 63:1

Jamal Murray vs Ohio Dept. of Rehab and Correction                    Jamal Antonio Murray

**prison** 11:5 13:7,24 14:2, 6,12,19 15:5,16,21 16:3,5 17:10,14 18:19 19:25 20:9, 20,21,22 21:16,18,24,25 22:1,11,24 23:5,10 26:5 29:18,22 37:4,16 39:14 40:2 42:20 43:7,11 44:19 45:24 46:12 47:23 49:21, 25 57:6 61:20,22 69:4,7,10 70:15,25 72:15 76:19,24 77:5 78:5,10 79:11,19 80:13 85:24 86:9 87:11 90:8,11 96:7 97:15 101:17 102:7,8,15,17,19

**probation** 27:8

**problem** 11:23 84:20

**problems** 25:21

**proceed** 61:1,10

**proceeding** 61:8

**process** 40:10 43:11 45:10

**prohibited** 57:7

**promise** 104:5

**proper** 14:10

**protein** 52:5 87:12,13

**provide** 40:20 41:5 51:9

**provider** 108:20

**public** 98:17,18,19

**pull** 103:20,24

**purpose** 4:20 41:11 87:1

**purposes** 73:14 75:5

**pursuing** 12:7

**push** 104:17

**pushed** 32:10 91:11

**put** 15:12 22:12 27:8 49:10 50:2 63:12 65:6 68:7,11,13 80:22 94:18 96:16,17 97:22 100:1,25 101:25 102:2,3,9

**putting** 63:14 109:11

---

**Q**

**Queensgate** 12:23,25 13:6

**question** 6:1,4 12:10 21:23 41:8,15 42:13,17 61:6 70:9 75:15 99:20

**questioning** 12:7

**questions** 4:24 5:5,8 6:13,18 42:7,9 55:3 56:19 57:20 58:14 102:22,25 103:5,9 108:14

**quick** 37:21 53:17 97:10

**quickly** 4:9

**quote** 55:25 56:3,5 60:8

---

**R**

**raise** 11:18 54:6

**ran** 29:14

**reached** 62:25

**read** 59:2,3,4 60:9 66:6 71:11 78:25 103:18,21 104:1,13,20 106:4 107:8

**reading** 69:25 71:12,14 106:14

**real** 37:21 69:13 90:4 98:16 106:6,7 108:3 109:3, 6

**reason** 6:12 28:7,8 59:13 74:17 76:7 87:4,9,14 88:6 95:23

**reasons** 7:1

**reassessed** 70:18

**recall** 11:4 14:6 16:11,15 18:22 19:19 21:16 23:13 34:9,14,24 35:22,23 36:4 44:17 47:15 51:4,19 52:1,3 54:2 69:3,8 70:14 71:20 72:12 74:10,12 76:2,15,16 77:3 80:9 82:7 83:7

**receive** 34:5,19 54:12 75:24

**received** 42:20 80:15

**receiving** 52:14,20,21,22, 25 53:3

**recent** 93:25

**recently** 45:25 90:21

**recess** 53:20 97:12

**record** 4:10 56:17 71:2 103:5 110:11

**recorded** 5:14

**records** 60:16 103:2

**referral** 43:19

**referred** 53:1 83:4 86:21

**Reformatory** 71:25 72:2

**refused** 78:5,10

**regular** 64:9,15 94:8 99:22

**regularly** 36:1 53:14

**reiterated** 56:12

**relates** 54:8

**relationship** 90:7,12 91:4

**relationships** 28:6

**relayed** 72:22

**release** 16:24 17:24 18:19 20:20 23:22 24:22 80:13 86:8

**released** 16:20 23:18 77:4 97:14

**releases** 103:1 110:9

**relevance** 55:1

**relevant** 11:21 12:5 56:19 57:13 58:20 59:17

**remember** 9:16 10:2 11:14 12:14 14:25 15:13 19:14 21:25 22:10,14 31:5 32:22 34:16,17,23 35:3,4, 12 37:11 48:15,22 49:3,5 50:1 52:10,13 68:6 69:16 76:8 77:21 80:22 81:14 82:22 105:18 106:23

**remind** 5:15

**reminder** 5:24

**reopened** 57:10 59:13 60:5

**reopening** 55:20

**reporter** 5:5,10,15 6:3

**represent** 55:22

**request** 42:23 43:25 55:17 58:6 65:11

**requested** 55:18

**require** 40:3

**required** 22:16

**reserve** 110:2

**respond** 56:24 104:14,15

**rest** 39:12 41:4 85:4 86:6

**restroom** 6:9

**resulted** 54:18

**retaliated** 40:25

**return** 20:21

**returned** 47:23

**ride** 105:2

**riding** 105:16,17

**robbery** 36:20

**Route** 105:7

**run** 29:12,13 33:25 92:3 101:18

**running** 93:1

---

**S**

**schedule** 89:24

**scheduling** 55:23

**school** 8:17,23,25 9:2 14:17,18 21:19,22 22:13, 15 39:16,24 40:13 89:22,

23 92:25 93:4 94:8 104:7

**scope** 41:10 42:1,8 61:7

**score** 108:2,4

**screen** 106:20 107:22

**search** 31:20,24 32:15

**seat** 32:7

**Security** 80:24 81:6 82:10

**seeking** 94:20

**sell** 14:1 18:14

**selling** 14:4 18:13 26:22 27:14 28:13 31:13 33:16, 18

**send** 44:12 45:12 49:1

**sense** 5:10 6:5 25:25 100:2

**senses** 69:15 79:14

**sentence** 12:19 20:15

**sentenced** 30:2,5 37:16, 20,22

**September** 68:2,5

**serve** 39:11

**service** 42:23 43:25 65:11

**serving** 36:22

**settle** 59:24

**settlement** 55:24 56:3,8 60:14

**shaking** 13:22 24:25 76:22

**shapes** 78:17 92:6,7,9,15

**sheet** 73:1 74:23 76:3 77:14

**shipped** 48:14

**short** 56:6 99:10,13

**shoved** 31:22

**show** 103:21,25 107:22

**showed** 77:15 101:5

**shower** 69:14

**showing** 74:24

**shows** 74:4,23 77:15

**shunt** 68:7,11,12

**sick** 45:17 88:22

**sidelines** 92:14

**sign** 73:1,5 102:18 103:2 106:4

**signature** 73:6,18,23 74:1 75:2,13,14,16 110:15

**signed** 102:19

**signing** 102:17

---

Jamal Murray vs Ohio Dept. of Rehab and Correction                    Jamal Antonio Murray

silver 33:3
similar 74:23
sit 107:19
sitting 66:15 107:17
situation 109:2
size 33:2
skillet 96:14
slip 49:10 63:5
sloppier 75:22
slow 68:13
slowing 68:14
smokey 109:3,6
soap 109:10
Social 80:23 81:5 82:10
solely 95:11,14
son 17:15,19 19:18 24:7
  69:21 89:22,25 92:2,18,22
  93:18,19 104:2
sons 89:3
sort 6:16 35:15,18 41:23
  59:14 83:4
sorts 34:4
sought 55:9
sound 6:10 21:14 23:19
  61:3 68:5 72:21 74:20
speak 57:3 104:16,18,19
speaks 55:11 96:25 97:6
  105:6
specific 84:11
specifically 57:1
specifics 40:17
speed 47:21
speedy 30:3 37:17
spelled 104:21
spent 12:22 37:15 56:17
spoken 4:13
sports 19:20,22 94:3
SSI 80:25 82:21 83:3,13
  94:12,18,19 102:10
stab 86:5
stadium 92:11
staff 45:19 67:12
stand 44:24 95:5 101:1
standpoint 68:19,21,24
  77:11 80:12
start 6:4 25:11 27:16
started 7:9 39:23 61:23,24
  62:9 64:17 94:5

starting 42:9 77:2
state 5:1 21:8 41:18,20
  52:12 73:1 81:6,8
stated 57:1
statement 52:16
stating 4:10 41:12
stay 25:24
stayed 68:25 78:16
steal 73:10
stent 34:6
steps 22:25 39:25
stick 98:24
sticker 73:10
stop 11:17 37:21 43:4 50:8
  54:5 63:13,15 85:23 97:9
  105:8,10,11
stopped 9:1 15:17
store 9:6,8 109:15,19
stores 106:1
stove 96:13 108:24 109:2
straight 99:25 100:5,14
street 99:9 106:3 109:16
stressed 51:22
strictly 57:6
strip 31:20,24 32:14
stroke 80:5 91:16 95:8,18
  99:3 101:15
stuff 6:8 19:16 98:19
  105:24
suffer 36:10
suffered 29:1 57:5,12,23
  91:17
suffering 54:18,22,25
  55:4,7,11 59:9,16
suffers 58:23
suggested 55:8 106:10
suggestions 106:13
suggests 54:21
summer 89:23 92:24
  104:7
support 18:6 26:18 96:9
supporting 26:14
suppose 5:24 41:17 61:5
supposed 42:3,4,8 63:13
  79:9
surgeries 68:3 70:16
  83:24
surgery 64:2 68:1,15,18,
  23 77:12 80:12

swell 49:6,9
swelling 46:22,25 47:6
  48:21 67:19
swing 98:22
switched 86:4 105:24
  106:2
swollen 48:25
sworn 4:3
symptoms 29:5 30:19
  36:8 46:20
system 31:11,23 32:4,17
  33:13,15

                T

table 60:21
tackles 92:3
Taft 97:5
takes 104:22
taking 14:21 15:8,14 22:9
  40:5 48:6 53:11 67:5,8,13
  77:24 85:18,23 86:3
  104:25
talk 5:25 11:19 21:12
  40:18 42:19 110:11
talk-back 100:25
talked 20:13 36:13 110:8
talking 15:24 40:14 50:18
  53:22 57:17 66:17,20
tasks 69:12
taught 108:22
teenager 9:3 10:4 91:7
telling 64:17,18 65:17
  97:5
tells 71:3 97:1
terminology 41:21
terms 41:20 59:23
testified 4:17
testifying 57:4
testimony 46:5
text 103:22,24 104:1,13,
  18,20
texted 104:3
themself 86:5
theory 60:1
therapist 69:3,5
thing 22:11 23:9,11 68:15
  106:18
things 6:24 19:11 30:19
  42:10 63:18 65:24,25 66:2
  69:16 70:1 90:3 91:10,19

  96:16 98:12 100:23 101:6,
  7 103:10,18
thinks 42:5
thinner 85:4
thought 29:12 62:20
  108:16
threat 26:11
threats 27:6
thrombosis 46:16
thrust 54:17 60:5
time 6:10 13:5,23 14:1
  15:8 17:5,10,20 18:16
  19:18 23:14 24:8 27:9
  28:24 30:7,9,12,13,14
  33:12 36:22 37:2,5,8,15,25
  39:12 40:5,10 42:14 46:15
  48:16,25 49:7,8 52:4,15
  54:20,24 59:10 61:22 63:2,
  19 64:7,11 65:16 69:20
  74:24 76:14,17,18 77:5,7
  89:11,12 90:9 93:25 99:25
  100:6 104:6 109:9
times 19:19 31:12 108:25
tip 98:24
tired 101:15 104:5
today 4:24 6:14 57:14
  58:23
today's 4:21
toddler 17:16
toilet 32:3,5
told 6:22 30:7 31:7,10,12
  33:7 37:12 44:5,7 47:5,6,
  10 48:17 51:14 52:10 62:3,
  15 65:4 66:25 67:1 69:23
  70:25 72:19 77:23 81:15
  82:1 87:13 88:3,5 92:5
  98:10 102:18 108:15,18
  109:9
top 25:21 109:5
totally 87:6
touch 32:17
touching 33:16
Tour 9:10,15
track 50:24 93:1,6
trafficking 20:10
transcribed 110:14
transferred 39:10
transported 38:6
treat 34:13 67:2
treated 31:1 34:12,14 57:2
  63:11
treatment 34:4,19 40:21
  47:3 49:24

Jamal Murray vs Ohio Dept. of Rehab and Correction

Jamal Antonio Murray

**trial** 30:3 37:17

**trip** 98:7 99:21

**triple** 61:23,24 62:10 64:8, 14,16

**trouble** 9:22 43:7

**truthful** 7:2

**truthfully** 6:14

**Tuesday** 44:9

**turn** 96:15

**TV** 107:14,16,18 108:2,11

**type** 45:5 63:14 80:14,17 98:25 101:23,24

**typically** 15:4 65:10

___

**U**

**uh-huh** 32:20

**um-hmm** 21:15 23:12 31:2 35:8 37:14 38:16 49:13 52:24 53:2 61:18,25 69:6 70:5,7 83:19 91:5 102:11 103:12 104:14

**unable** 7:2 79:10 95:20

**unbearable** 55:7

**understand** 4:23 5:3 6:23 11:20 17:13,15 30:16 34:1 58:1 59:20,22 60:2 63:8 77:1 83:15 95:15

**understanding** 40:19 56:12

**underwent** 55:5

**University** 35:6,7,14 81:8, 9,10,12,24 82:12 83:1,18 84:13,14,15 88:3 105:22

**utmost** 55:1

___

**V**

**valve** 68:11,13

**vein** 46:15

**verify** 75:10

**vision** 9:25 11:19 16:2,15, 16 18:24 23:7,13 28:23 38:25 39:2 55:21 56:2,19 60:13 61:15 64:5,10,17,25 65:18,22 66:23 67:1 68:8, 17,22 69:24 70:15,16,20, 22 72:6,8,14,20 74:10 77:8,10,12 78:16 80:8,23 83:6,13 97:25

**visit** 72:12

**visited** 17:17

**visual** 56:14 57:15,21 59:7,8,11,22 60:3

**voice** 101:3

___

**W**

**wait** 6:1,3 38:9 73:8

**waiting** 15:10,12,13 22:12 40:10,12

**wake** 45:11,12 62:12

**walk** 98:6,7 99:8,9 100:9 101:14 109:15

**walking** 98:5,24 99:3,15 106:10

**wallet** 85:10

**wanted** 27:8 98:5 108:8

**warrant** 34:2

**wary** 38:23

**wash** 79:14

**washing** 101:19

**watch** 107:14,16,20

**watching** 108:1

**water** 6:8 109:8,11

**wear** 9:20

**week** 91:2

**Weiss** 40:25

**well-reasoned** 56:9

**wheelchair** 79:24 80:3

**William** 97:5

**window** 65:12

**withdraw** 41:15

**woman** 26:3 88:24

**women** 26:16 71:25 72:3, 5

**word** 5:9

**words** 5:18

**work** 9:7 14:13 22:2 27:23 28:3,7,10 39:15 67:23 79:7 95:9,20,23 104:8

**worked** 9:5,10,13,15

**working** 26:12 40:11

**works** 47:22 89:22

**worse** 77:10

**worser** 63:20 77:13 81:20, 21

**worth** 16:12 62:15,16

**wound** 35:13

**write** 66:8,12 71:11 75:18, 21 79:2 104:7

**writing** 69:25 100:20

**wrong** 42:5 62:14 65:5

___

**X**

**Xarelto** 84:3 85:6,9,17 86:4

___

**Y**

**year** 7:15 12:21 15:9 64:3, 19 93:4

**year-and-a-half** 12:20 15:9

**years** 20:15,17 29:19 38:18 39:20 90:21 93:3,23

**younger** 92:22 94:4

**youngest** 24:9 89:25

**YUHAS** 102:23