IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **JAMAL MURRAY,** | \* | **CASE NO. 1:14-cv-0168** |
| Plaintiff, | \* | **District Judge Matthew W. McFarland** |
| | | **Magistrate Judge Karen Litkovitz** |
| v. | \* | |
| **OHIO DEPARTMENT OF CORRECTIONS, et al.,** | \* | |
| | \* | **JOINT STATUS REPORT** |
| Defendants. | | |

Now come the parties, by and through counsel, and for their Joint Status Report hereby advise the Court that the case has settled; all parties have executed a settlement agreement and release; the payment is in the process of being made; and once Plaintiff's attorney receives the funds, then he will file a dismissal entry.

Respectfully submitted,

/s/ *Robert A. Klinger*
_____
Robert A. Klingler     (0031603)
ROBERT A. KLINGLER CO., L.P.A.
Centennial III
895 Central Avenue, Suite 300
Cincinnati, OH 45202
P: (513) 665-9500
Email: rak@klinglerlaw.com
Attorney for Plaintiff

/s/ *Kelly M. Schroeder*
_____
Kelly M. Schroeder   (0080637)
Robert C. Mitchell     (0043742)
FREUND, FREEZE & ARNOLD
1 South Main Street, Suite 1800
Dayton, OH  45402-2017
P: (937) 913-0102
Email: kschroeder@ffalaw.com
Email: rmitchell@ffalaw.com
Attorneys for Defendant, Dr. Timothy Heyd

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of December 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Richard A. Klingler
ROBERT A. KLINGLER CO., LPA
Centennial III
895 Central Avenue, Suite 300
Cincinnati, OH 45202
Email: rak@klinglerlaw.com
*Attorney for Plaintiff*

/s/ Kelly M. Schroeder
_____
Kelly M. Schroeder   (0080637)
Robert C. Mitchell     (0043742)
Attorneys for Defendant, Dr. Timothy Heyd